SFERRAZZA & KEENAN, PLLC
*Attorneys for the Debtor*
532 Broadhollow Road, Suite 111
Melville, NY 11747
(631) 753-4400
Sarah M. Keenan, Esq.
sally@skpllc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| East Broadway Mall, Inc., | Case No. 19-12280 (SCC) |
| Debtor. | |

---------------------------------------------------------------x

### NOTICE OF HEARING TO CONSIDER DEBTOR'S MOTION FOR AN ORDER PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE EXTENDING TIME TO ASSUME OR REJECT AN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASE

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, on November 7, 2019 at 11:00 a.m. (the "Hearing") in Room 623 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004-1408, to consider, the Debtor's Motion for an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending Time to Assume or Reject an Unexpired Nonresidential Real Property Lease (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be made in writing, stating in writing the reasons therefore, and must be filed with the Clerk of the Bankruptcy Court, with paper copies delivered to the chambers of the

Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Room 623, and served upon: (i) the United States Trustee; (ii) the Internal Revenue Service; (iii) the New York State Department of Taxation and Finance; (iv) counsel for the Debtor, Sferrazza & Keenan PLLC (Attn: Sarah M. Keenan, Esq.); (v) Windels Marx Lane & Mittendorf LLP (Attn: James M. Sullivan, Esq. and Robert J. Malatakm Esq,) 156 West 56th Street, New York, NY 10019, counsel to The Bank of Hope, the Debtor's secured creditor; and (vi) any parties required to be served under any applicable Bankruptcy Rule or Local Local Rule, so as to be actually received no later than 4:00 p.m. on October 31, 2019.

PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion may be adjourned from time to time, without further written notice to any party.

Dated: October 16, 2019  
       Melville, NY

SFERRAZZA AND KEENAN, PLLC  
Attorneys for the Debtor  
And Debtor-in-Possession  
By:    s/ Sarah M. Keenan  
      Sarah M. Keenan  
532 Broad Hollow Road, Suite 111  
Melville, NY 11747  
(631) 753-4400