# EXHIBIT D

FILED: NEW YORK COUNTY CLERK 02/28/2019 09:27 AM          INDEX NO. 154341/2018
NYSCEF DOC. NO. 85                                         RECEIVED NYSCEF: 02/28/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

East Broadway Mall
                          Plaintiff
        v.
The City of New York
                          Defendant

INDIVIDUAL ASSIGNMENT PART 33
ORDER
~~STIPULATION~~

INDEX NO. 154341/18
MOTION CALENDAR NO. 3
DATE 2/27/18

~~IT IS HEREBY STIPULATED AND AGREED by and between the below-named attorney(s) as follows:~~

ORDERED

- π motion currently returnable on 3/25/19 is adjourned and made returnable 5/30/19.
- Δ to cross move and oppose π motion and Δ to move separately by 4/30/19.
- π to oppose the cross-motion and separate motion and reply by 5/30/19
- Δ to replies for cross-motion and separate motion by 6/19/19

- π to produce Certified Financial Records Pursuant to Art 4 of the Lease 2015-2018 within 60 days of this order

- PC to be held 7/17/19

APPS only   J. Dimerech / Gardner Abloss
            Attorney for Plaintiff

Date: 2/27/19
                            Mindy R. Koenig
                            Attorney for Defendant

So Ordered.
                            Attorney for Defendant

ENTER: _____
              J.S.C.

MARGARET A. CHAN
J.S.C.

SC-8G (rev 2/86)