# SFERRAZZA & KEENAN, PLLC
**Attorneys and Counselors at Law**

JOSEPH SFERRAZZA*
SARAH M. KEENAN

532 Broad Hollow Road • Suite 111 • Melville, New York 11747

November 22, 2019

Hon. Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: East Broadway Mall, Inc.
<u>Case No. 19-12280 (SCC)</u>

Dear Judge Chapman:

Please be advised that this firm represents East Broadway Mall, Inc. in its Chapter 11 bankruptcy proceeding.

The status conference scheduled for November 12, 2019 has been adjourned to **December 5, 2019 at 2:00 p.m.**

The Debtor's motion to extend time to assume or reject its lease with the City of New York [Dkt. No. 22] which was also adjourned to November 12, 2019 has been settled and an order has been submitted to the Court for review.

If you have any questions, please contact me.

Thank you.

Respectfully,

/s/ Sarah M. Keenan

SK/pm

Tel (631) 753-4400
Fax (631) 753-4065
*Also admitted to practice in the U.S. Virgin Islands

jsferrazza@sferrazzakeenan.com
skeenan@sferrazzakeenan.com
www.sferrazzakeenan.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                              Chapter 11

East Broadway Mall, Inc.,                                 Case No. 19-12280(SCC)

                                                                        AFFIRMATION OF SERVICE

                             Debtor.
-------------------------------------------------------X

I, Sarah M. Keenan, an attorney duly admitted to practice law before the Courts of the State of New York, do hereby affirm under penalty of perjury as follows:

On July 25, 2019, I served the Letter adjourning the status conference in the above Chapter 11 case by e-mail at the email addresses set forth below:

Windels Marx Lane & Mittendorf, LLP
Robert J. Malatak, Esq. - *rmalatak@windelsmarx.com*
James Sullivan, Esq. - *jsullivan@windelsmarx.com*

Office of the United States Trustee
Attn:  Benjamin J. Higgins - *Benjamin.J.Higgins@usdoj.gov*

NYC Dept. of Law
Attn:  Zachary Kass, Esq.- *zkass@law.nyc.gov*
Samantha Chu, Esq. - *sachu@law.nyc.gov*
Mindy Koenig-Berman, Esq. - *mkoenig@law.nyc.gov*

Dated: Melville, New York
       November 22, 2019

                                        s/Sarah M. Keenan
                                        Sferrazza & Keenan PLLC
                                        Attorneys for Debtor and
                                        Debtor in Possession
                                        532 Broadhollow Road
                                        Suite 111
                                        Melville, NY 11746