UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re  East Broadway Mall, Inc.  
     **Debtor**

Case No. 19-12280-scc  
Reporting Period: October 1-31, 2019

Federal Tax I.D. #  13-329477

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**  
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | √ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | √ | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | √ | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | √ |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | √ | |
|    Listing of Aged Accounts Payable | | √ | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | √ |
| Taxes Reconciliation and Aging | MOR-5 | | √ |
| Payments to Insiders and Professional | MOR-6 | √ | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | √ | |
| Debtor Questionnaire | MOR-7 | √ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date _____

Signature of Authorized Individual* /s/ Terry Chan  Date 12/04/2019

Printed Name of Authorized Individual  TERRY CHAN  Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re **East Broadway Mall, Inc.**  
    **Debtor**

**Case No.** _____  
**Reporting Period:** October 1-31,2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | TD Bank Operating  Acct Ending 1227 | TD Bank Payroll Acct Ending 1219 | TD Bank Tax Acct Ending 1201 | Bank of China Acct Ending 0622 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|
| CASH BEGINNING  OF MONTH | 251636.02 | 10834.92 | 760.05 | 4117.32 | 263230.89 |
| **RECEIPTS** | | | | | |
| RENT RECEIPTS | 239804.94 | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | 6 | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | |
| LOANS AND ADVANCES | | | | | |
| SALE  OF  ASSETS | | | | | |
| TRANS. FROM B. OF CHINA ACCT | 2654.32 | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | 12947.03 | 5000 | | |
| **TOTAL  RECEIPTS** | 242459.26 | 12947.03 | 5000 | 0 | 260406.29 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | 2661.06 | | | 2661.06 |
| PAYROLL TAXES | | | 5086.05 | | 5086.05 |
| SALES, USE, & OTHER TAXES | | | | | |
| BANK FEES | | | | 30 | |
| SECURED/ RENTAL/ LEASES | 50698.55 | | | Pre-Petition 1350 | 50698.55 |
| INSURANCE | 4079.57 | | | | 4079.57 |
| ADMINISTRATIVE | | | | | |
| UTILITIES - CON ED | 13803 | | | | 13803 |
| OTHER *(ATTACH  LIST)* | 17568.67 | | | | 17568.67 |
| OWNER DRAW * | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | 17947.03 | | | Trans to Oper Acct 2654.32 | 17947.03 |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | |
| COURT COSTS | | | | | |
| **TOTAL DISBURSEMENTS** | 104096.82 | 2661.06 | 5086.05 | 4037.32 | 111843.93 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 138362.44 | 10285.97 | -86.05 | -4037.32 | 148562.36 |
| CASH – END OF MONTH | 389998.46 | 21120.89 | 674 | 80 | 411793.35 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 111843.93 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 17947.03 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 93896.9 |

**October 2019 – Other Expenses from Operating Account Ending 1227**

| VENDOR | AMOUNT |
| --- | --- |
| Maximum Security – mall security | 11,152.35 |
| Office Expenses | 1,773.40 |
| Waste Removal | 4,055.92 |
| Janitorial Supplies | 587.00 |

In re East Broadway Mall, Inc.  
    **Debtor**

Case No. 19-12280-scc  
Reporting Period: October 1-31, 2019

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating 1227 | Payroll 1219 | Tax 1201 | Bank of China #0622 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 389998.46 | 21120.89 | 674 | 80 |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 0 | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE *** | 389998.46 | 21120.89 | 674 | 80 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

_____

_____

_____

_____

_____

**TD BANK DIP OPERATING ACCOUNT**



# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

000025172 01 AV   0.380 MTD01040110119066403 0025 03 02

EAST BROADWAY MALL INC
DIP CASE 19-12280 SDNY
88 E BROADWAY
NEW YORK NY 10002

| | |
|---|---|
| Page | 1 of 4 |
| Statement Period | Oct 01 2019-Oct 31 2019 |
| Cust Ref # | 4362181227-039-T-### |
| Primary Account # | 1227 |

ldahahilliliqmpoolIlliladylidididaladlilidadlililaph

TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more

## Chapter 11 Checking

EAST BROADWAY MALL INC
DIP CASE 19-12280 SDNY

Account #          227

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 251,636.02 | Average Collected Balance | 329,258.15 |
| Deposits | 242,459.26 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 68,104.65 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 18,045.14 | Days in Period | 31 |
| Other Withdrawals | 17,947.03 | | |
| Ending Balance | 389,998.46 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | DEPOSIT | 62,208.00 |
| 10/03 | DEPOSIT | 10,156.22 |
| 10/03 | DEPOSIT | 9,472.13 |
| 10/03 | DEPOSIT | 7,244.00 |
| 10/03 | DEPOSIT | 1,500.00 |
| 10/04 | DEPOSIT | 121.20 |
| 10/07 | DEPOSIT | 2,657.32 |
| 10/07 | DEPOSIT | 1,375.00 |
| 10/07 | DEPOSIT | 700.00 |
| 10/08 | DEPOSIT | 9,110.00 |
| 10/08 | DEPOSIT | 400.00 |
| 10/09 | DEPOSIT | 24,000.00 |
| 10/09 | DEPOSIT | 730.67 |
| 10/10 | DEPOSIT | 9,764.00 |
| 10/10 | DEPOSIT | 6,000.00 |
| 10/10 | DEPOSIT | 500.00 |
| 10/11 | DEPOSIT | 2,363.50 |
| 10/15 | DEPOSIT | 7,762.00 |
| 10/15 | DEPOSIT | 3,250.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

|   |   |   |
|---|---|---|
| Ending Balance |  | 389,998.46 |
| Total Deposits | + |  |
| Sub Total |  |  |
| Total Withdrawals | - |  |
| Adjusted Balance |  |  |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES**: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the cash advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EAST BROADWAY MALL INC
DIP CASE 19-12280 SDNY

| | |
|---|---|
| Page | 3 of 4 |
| Statement Period | Oct 01 2019-Oct 31 2019 |
| Cust Ref #. | 4362181227-039-T-### |
| Primary Account # | 436-2181227 |

---

DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | DEPOSIT | 1,162.82 |
| 10/15 | DEPOSIT | 534.40 |
| 10/16 | DEPOSIT | 12,000.00 |
| 10/16 | DEPOSIT | 450.00 |
| 10/23 | DEPOSIT | 24,000.00 |
| 10/24 | DEPOSIT | 15,100.00 |
| 10/24 | DEPOSIT | 6,000.00 |
| 10/24 | DEPOSIT | 3,300.00 |
| 10/24 | DEPOSIT | 1,450.00 |
| 10/29 | DEPOSIT | 9,800.00 |
| 10/29 | DEPOSIT | 3,800.00 |
| 10/29 | DEPOSIT | 2,000.00 |
| 10/31 | DEPOSIT | 2,548.00 |
| 10/31 | DEPOSIT | 1,000.00 |
| | Subtotal: | 242,459.26 |

### Checks Paid

No. Checks: 16       *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | 3008 | 2,199.04 | 10/15 | 3026 | 2,199.04 |
| 10/31 | 3010* | 108.05 | 10/28 | 3027 | 2,199.04 |
| 10/30 | 3011 | 173.50 | 10/28 | 3028 | 2,199.04 |
| 10/29 | 3012 | 239.53 | 10/31 | 3043* | 2,027.96 |
| 10/30 | 3017* | 567.25 | 10/31 | 3044 | 2,027.96 |
| 10/29 | 3021 | 460.00 | 10/16 | 3045 | 347.50 |
| 10/16 | 3024* | 62.50 | 10/07 | 3050* | 50,698.55 |
| 10/15 | 3025 | 2,356.19 | 10/28 | 3054* | 239.50 |
| | | | | Subtotal: | 68,104.65 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | CCD DEBIT, TIME WARNER CABL CABLE PAY ****553074  SPA | 162.57 |
| 10/08 | ELECTRONIC PMT-WEB, BANKDIRECT CAPIT WEB PMTS ZQFPBC | 587.48 |
| 10/09 | CCD DEBIT, NYSINSFNDWRKCMP 1190000757 ****56339 | 693.00 |
| 10/10 | CCD DEBIT, AMTRUST NA PAYMENT 30943682 | 2,799.09 |
| 10/24 | ACH DEBIT, CON ED OF NY INTELL CK ****33800640017 | 13,803.00 |
| | Subtotal: | 18,045.14 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EAST BROADWAY MALL INC
DIP CASE 19-12280 SDNY

| | |
|---|---|
| Page | 4 of 4 |
| Statement Period | Oct 01 2019-Oct 31 2019 |
| Cust Ref # | 4362181227-039-T-### |
| Primary Account # | 436-2181227 |

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | DEBIT | 12,947.03 |
| 10/02 | DEBIT | 5,000.00 |
| | Subtotal: | 17,947.03 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 251,636.02 | 10/11 | 324,851.30 |
| 10/01 | 249,436.98 | 10/15 | 333,005.29 |
| 10/02 | 231,489.95 | 10/16 | 345,045.29 |
| 10/03 | 322,070.30 | 10/23 | 369,045.29 |
| 10/04 | 322,191.50 | 10/24 | 381,092.29 |
| 10/07 | 276,062.70 | 10/28 | 376,454.71 |
| 10/08 | 284,985.22 | 10/29 | 391,355.18 |
| 10/09 | 309,022.89 | 10/30 | 390,614.43 |
| 10/10 | 322,487.80 | 10/31 | 389,998.46 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD BANK DIP PAYROLL ACCOUNT**

# TD Bank

America's Most Convenient Bank®

T         STATEMENT OF ACCOUNT

000020830 01 AV   0.380  MTD010401101I9966403 0012 03 02

EAST BROADWAY MALL INC
DIP CASE 19-12280 SDNY
88 E BROADWAY
NEW YORK NY  10002

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Oct 01 2019-Oct 31 2019 |
| Cust Ref #: | 4362181219-039-T-### |
| Primary Account #: | I1219 |

TD now accepts Real Time Payments!
We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

EAST BROADWAY MALL INC
DIP CASE 19-12280 SDNY

Account #         I1219

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,834.92 | Average Collected Balance | 21,990.85 |
| Deposits | 12,947.03 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 2,661.06 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 21,120.89 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | DEPOSIT | 12,947.03 |
| | Subtotal: | 12,947.03 |

**Checks Paid**   No. Checks: 6

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO | AMOUNT | DATE | SERIAL NO | AMOUNT |
|---|---|---|---|---|---|
| 10/16 | 5019 | 443.51 | 10/16 | 5039* | 443.51 |
| 10/16 | 5025* | 443.51 | 10/16 | 5045* | 443.51 |
| 10/16 | 5032* | 443.51 | 10/16 | 5051* | 443.51 |
| | | | | Subtotal: | 2,661.06 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 10,834.92 | 10/16 | 21,120.89 |
| 10/02 | 23,781.95 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4

Subtract Line 4 from 3. This adjusted balance should equal your account balance

| | |
|---|---|
| Ending Balance | 251,636.02 |
| Total Deposits + | |
| Sub Total | |
| Total Withdrawals - | |
| Adjusted Balance | |

| DEPOSITS NOT IN STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT IN STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS!**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD BANK DIP TAX ACCOUNT**

# TD Bank

**America's Most Convenient Bank®**

T        STATEMENT OF ACCOUNT

EAST BROADWAY MALL INC
DIP CASE 19-12280 SDNY
88 E BROADWAY
NEW YORK NY 10002

| | |
|---|---|
| Page | 1 of 3 |
| Statement Period | Oct 01 2019-Oct 31 2019 |
| Cust Ref # | 4362181201-039-T-### |
| Primary Account # | 1201 |

## TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## Chapter 11 Checking

EAST BROADWAY MALL INC
DIP CASE 19-12280 SDNY

Account #        1201

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 760.05 | Average Collected Balance | 3,692.75 |
| Deposits | 5,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 5,086.05 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 674.00 | Days in Period | 31 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | DEPOSIT | 5,000.00 |
| | Subtotal: | 5,000.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | CCD DEBIT, IRS USATAXPYMT ****68084832539 | 1,000.00 |
| 10/15 | CCD DEBIT, IRS USATAXPYMT ****68821924787 | 1,000.00 |
| 10/21 | CCD DEBIT, IRS USATAXPYMT ****69472431970 | 1,000.00 |
| 10/28 | CCD DEBIT, IRS USATAXPYMT ****70131689620 | 1,000.00 |
| 10/30 | CCD DEBIT, NYS DTF WT TAX PAYMNT ****00048337783 | 1,000.00 |
| 10/31 | CCD DEBIT, NYS DOL UI TAX PAYMNT ****00049407363 | 86.05 |
| | Subtotal: | 5,086.05 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| Ending Balance | | 674.00 |
| Total Deposits | + | |
| Sub Total | | |
| Total Withdrawals | - | |
| Adjusted Balance | | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "OCP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of this statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank*

STATEMENT OF ACCOUNT

EAST BROADWAY MALL INC
DIP CASE 19-12280 SDNY

| | |
|---|---|
| Page | 3 of 3 |
| Statement Period | Oct 01 2019-Oct 31 2019 |
| Cust Ref #: | 4362181201-039-T-### |
| Primary Account #: | J1201 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 760.05 | 10/21 | 2,760.05 |
| 10/02 | 5,760.05 | 10/28 | 1,760.05 |
| 10/07 | 4,760.05 | 10/30 | 760.05 |
| 10/15 | 3,760.05 | 10/31 | 674.00 |

**BANK OF CHINA
PRE-PETITION ACCOUNT**



**STATEMENT OF ACCOUNT**

Account Number:   0622          1

October 31, 2019

**中国银行**
**BANK OF CHINA**

| NEW YORK BRANCH | QUEENS BRANCH |
|---|---|
| 1045 Avenue of the Americas | 42-35 Main Street |
| New York, NY 10018 | Flushing, NY 11355 |
| Telephone: (212)935-3101 | Telephone: (212)925-2355 |
| Facsimile: (212)593-1831 | Facsimile: (718)321-3733 |

EAST BROADWAY MALL INC.
39 BOWERY UNIT 98
NEW YORK NY 10002

**Annual Percentage Yield Earned:**

Annual Percentage Yield Earned applies ONLY to individual NOW, Money Market and Savings accounts.

PLEASE CONTACT US IF THERE IS ANY CHANGE OF NAME, ADDRESS OR TELEPHONE NUMBER

| TRANSACTIONS | | | BOOK BALANCES | | STATEMENT INFORMATION | |
|---|---|---|---|---|---|---|
| | | | | | ACCOUNT NO: | 08000622 |
| TOTAL CREDITS | 0 | 0.00 | OPENING | 4,117.32 | DEMAND DEPOSITS | |
| TOTAL DEBITS | 4 | -4,037.32 | CLOSING | 80.00 | | |
| | | | | | CURRENCY: | USD |
| | | | | | STARTING DATE: | 10/01/2019 |
| | | | | | END DATE: | 10/31/2019 |
| | | | | | PAGE: | 1 |

| Book Date | Value date | References | Debit | Credit | Book Balance | Description |
|---|---|---|---|---|---|---|
| | | **** Balance **** | | | 4,117.32 | PAGE OPENING BALANCE |
| 10/02/2019 | 10/02/2019 | NCR.CT.72-000020 | -1,350.00 | | 2,767.32 | CURR NCR DR CHEQUE NO.: 440 |
| 10/07/2019 | 10/07/2019 | FT1928084590 | -10.00 | | 2,757.32 | ISSUE CHECK CHARGES OFFICIAL CHEQUE NO.: 217326 EAST BROADWAY MALL INC |
| 10/07/2019 | 10/07/2019 | FT1928084590 | -2,657.32 | | 100.00 | OFFICIAL CHECK OFFICIAL CHEQUE NO.: 217326 EAST BROADWAY MALL INC |
| 10/31/2019 | 11/01/2019 | 08000622-20191031 | -20.00 | | 80.00 | BALANCE REQUIREMENT CHGS DR |
| | | **** Balance **** | | | 80.00 | CLOSING BALANCE |

Cheque Number: 440



Number of Cheques:   1

In re East Broadway Mall, Inc.                                        Case No. 19-12280-scc
    **Debtor**                                          Reporting Period: October 1-31,2019

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 260406.29 | 756528.65 |
| Less: Returns and Allowances | | |
| Net Revenue | 260406.29 | 756528.65 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | 260406.29 | 756528.65 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | 1350 | 5400 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | 4065.08 | 12195.24 |
| Insurance | 4049.57 | 12238.71 |
| Management Fees/Bonuses | | |
| Office Expense | 1773.4 | 5773.4 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 4642.92 | 50872.92 |
| Rent and Lease Expense | 62208 | 217728 |
| Salaries/Commissions/Fees | 8626 | 25878 |
| Supplies | | |
| Taxes - Payroll | 7517.05 | 22551.15 |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | 13803 | 43803 |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | 108035.02 | 396440.42 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 156787.59 | 410734.55 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) SEE ATTACHED SHEET | 62590.9 | 191298.29 |
| Net Profit (Loss) Before Reorganization Items | 94196.69 | 219436.26 |

**In re** East Broadway Mall, Inc.          **Case No.** 19-12280-scc

    **Debtor**          **Reporting Period:** October 1-31,2019

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | 22287 | 64299 |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | 71909.69 | 155137.26 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Bank of Hope - Secured Creditor | 50698.55 | 152096.55 |
| Mall Security | 11152.35 | 35678.73 |
| Bank Fees | 0 | 563.01 |
| Parking | 740 | 2960 |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re East Broadway Mall, Inc .                                    Case No. 19-12280-scc
    **Debtor**                                    Reporting Period: October 1-31,2019

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | See Attached | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | 8,626 | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | 62,208 | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other:_Mall Maintenance_____ | 46,230 | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | 117,064 | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
Debtor is negotiating cash collateral stipulation which will provide for payment of all unpaid post-petition debts for the mall and will also provide for an interim monthly payment to the City for rent and water charges

In re: East Broadway Mall, Inc.        Case No: 19-12280-scc
           Debtor            Reporting Period: October, 2019

**MOR 4 - COPIES OF IRS FORM 6123 OR PAYMENT RECEIPT:**

Payroll tax payments are made through an ACH debit from the DIP Tax Acct Ending 1201 after submission by the Debtor of its NYS Form 45 Quarterly Combined Withholding, Wage Reporting, and Unemployment Insurance Return.  The ACH debits are reflected on the attached bank statements.

In re East Broadway Mall, Inc.                 Case No. 19-12280-scc
      **Debtor**                 Reporting Period: October 1-31,2019

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | √ |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | √(Bank of China) | |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | √ |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | √ |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | √ |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | √ |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | √ |
| 8 Are any post petition payroll taxes past due? | | √ |
| 9 Are any post petition State or Federal income taxes past due? | | √ |
| 10 Are any post petition real estate taxes past due? | | √ |
| 11 Are any other post petition taxes past due? | | √ |
| 12 Have any pre-petition taxes been paid during this reporting period? | | √ |
| 13 Are any amounts owed to post petition creditors delinquent? | √ * | |
| 14 Are any wage payments past due? | √ * | |
| 15 Have any post petition loans been been received by the Debtor from any party? | | √ |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | √ |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | √ |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | √ |

*All unpaid post-petition debt and payroll is included in proposed budget being negotiated with Bank of Hope in connection with stipulation for use of cash collateral. The funds to pay all of the post- petition debt and payroll is on deposit in either the DIP operating account or the DIP payroll account