## **EXHIBIT 6**

### **COVER LETTER**

**[LETTERHEAD]**

**[DATE]**

<u>Via First Class Mail</u>

**RE:**   **In re East Broadway Mall**
          Chapter 11 Case No. 19-12280 (DSJ)

TO ALL HOLDERS OF CLAIMS ENTITLED TO VOTE ON THE PLAN:

East Broadway Mall (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "**Court**") on July 12, 2019.

You have received this letter and the enclosed materials because you are entitled to vote on the Joint Chapter 11 Plan of East Broadway Mall (as may be modified, amended, or supplemented from time to time, the "**Plan**").[10]  On [●], 2023, the Court entered an order (the "**Disclosure Statement Order**"), (a) authorizing the Bank of Hope f/k/a BBCN Bank ("**Bank of Hope**" or the "**Bank**") secured creditor for the chapter 11 estate (the "**Estate**") of the above-captioned Debtor to solicit acceptances for the Plan; (b) approving the Disclosure Statement for the Chapter 11 Plan of East Broadway Mall (the "**Disclosure Statement**") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "**Solicitation Package**"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan, and for filing objections to the Plan.

> **You are receiving this letter because you are entitled to vote on the Plan. Therefore, you should read this letter carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

In addition to this cover letter, the enclosed materials comprise your Solicitation Package, and were approved by the Court for distribution to Holders of Claims in connection with the solicitation of votes to accept the Plan. The Solicitation Package consists of the following:

a.   a copy of the Solicitation and Voting Procedures;

b.   a Ballot, together with detailed voting instructions and a pre-addressed, postage pre-paid return envelope;

c.   this letter;

---

[10] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Disclosure Statement.

{80299411:4}

     d.      the Disclosure Statement (and exhibits thereto, including the Plan);

     e.      the Order (without exhibits, except the Solicitation and Voting Procedures);

     f.      the Confirmation Hearing Notice; and

     g.      such other materials as the Court may direct.

The Bank has approved the filing of the Plan and the solicitation of votes to accept the Plan. The Bank believes that the acceptance of the Plan is in the best interests of the Estate, Holders of Claims, and all other parties in interest. Moreover, the Bank believes that any alternative other than Confirmation of the Plan could result in extensive delays and increased administrative expenses, which, in turn, likely would result in smaller distributions (or no distributions) on account of Claims asserted in the Chapter 11 case.

> **The Bank strongly urge you to properly and timely submit your Ballot casting a vote to accept the Plan in accordance with the instructions in your Ballot.**
>
> **The Voting Deadline is <u>February 22, 2023, at 4:00 p.m.</u> Prevailing Eastern Time.**

The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions, however, please feel free to contact Windels Marx Lane & Mittendorf, LLP, the voting and claims agent retained by the Bank in the Chapter 11 Case (the "**Voting and Claims Agent**"), by: (i) writing Windels Marx Lane & Mittendorf, LLP Re: East Broadway Mall, 156 West 56th Street, New York, NY 10019; or (ii) via electronic mail to JSullivan@Windelsmarx.com.  You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.nysb.uscourts.gov. Please be advised that the Voting and Claims Agent is authorized to answer questions about, and provide additional copies of solicitation materials, but may not advise you as to whether you should vote to accept or reject the Plan.

          Sincerely,

          */s/ James M. Sullivan*
          James M. Sullivan (jsullivan@windelsmarx.com)
          Robert J. Malatak (rmalatak@windelsmarx.com)
          WINDELS MARX LANE & MITTENDORF, LLP
          156 West 56th Street
          New York, New York 10019
          Tel: (212) 237-1000 / Fax: (212) 262-1215

          *Attorneys for Bank of Hope*