## EXHIBIT 7

## PLAN CONFIRMATION HEARING NOTICE

{80299411:4}

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                                                                                Chapter 11

EAST BROADWAY MALL,                                                     Case No. 19-12280 -DSJ

                                    Debtor.
------------------------------------------------------------X

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTOR AND RELATED VOTING AND OBJECTION DEADLINES**

   **PLEASE TAKE NOTICE THAT** on [●], 2023, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") entered an order (the "**Disclosure Statement Order**"), (a) authorizing Bank of Hope f/k/a BBCN Bank ("**Bank of Hope**" or "**Bank**"), secured creditor for the chapter 11 estate (the "**Estate**") of the above-captioned debtor, East Broadway Mall ("**Debtor**" or "**EBM**") to solicit acceptances for the *Chapter 11 Plan of Liquidation* (as may be modified, amended, or supplemented from time to time, the "**Plan**");[11] (b) approving the *Disclosure Statement for the Chapter 11 Plan of Liquidation* (the "**Disclosure Statement**") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "**Solicitation Packages**"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

   **PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan (the "**Plan Confirmation Hearing**") will commence on **March 1, 2023 at 10:00 a.m.** prevailing Eastern Time, before the Honorable David S. Jones, in the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green New York, NY 10004.

> **Please be Advised: The Plan Confirmation Hearing may be continued from time to time by the Court or the Bank without further notice other than by such adjournment being announced in open court or by a Notice of Adjournment Filed with the Court and served on all parties entitled to notice.**

### CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

**Voting Record Date.** The voting record date is **January 6, 2023** (the "**Voting Record Date**"), which is the date for determining which Holders of Claims in the Voting Classes are entitled to vote on the Plan.

---

[11] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Disclosure Statement.

{80299411:4}

**Voting Deadline.** The deadline for voting on the Plan is on **February 22, 2023, at 4:00 p.m.** prevailing Eastern Time (the "**Voting Deadline**"). If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you must: (a) follow the instructions carefully; (b) complete all of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is actually received by the Bank's voting and claims agent, Windels Marx Lane & Mittendorf, LLP (the "**Voting and Claims Agent**") on or before the Voting Deadline. A failure to follow such instructions may disqualify your vote.

<u>**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**</u>

| |
|---|
| <u>Binding nature of the Plan</u>: <br>If confirmed, the Plan will bind all Holders of Claims or Interests to the maximum extent permitted by applicable law, whether or not such Holder will receive or retain any property or interest in property under the Plan, has filed a Proof of Claim in the Chapter 11 Case, or failed to vote to accept or reject the Plan or voted to reject the Plan. |

**Plan Objection Deadline.** The deadline for filing objections to the Plan is **February 22, 2023, at 4:00 p.m.** prevailing Eastern Time (the "**Plan Objection Deadline**"). All objections to the relief sought at the Plan Confirmation Hearing **must**: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; **and** (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be **actually received** on or before **February 22, 2023, at 4:00 p.m.** prevailing Eastern Time:

| | |
|---|---|
| WINDELS MARX LANE & MITTENDORF LLP<br>Counsel to the Bank of Hope<br>James M. Sullivan<br>156 West 56th Street<br>New York, New York 10019<br>(212) 237-1170 | SFERRAZZA & KEENAN PLLC<br>Counsel to the Debtor and Debtor In Possession<br>Sarah M. Keenan<br>532 Broadhollow Road, Suite 111<br>Melville, New York 11747<br>(631) 753-4400 ext. 23 |
| SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the City of New York<br>Zachary B. Kass<br>Senior Counsel<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2113 | Office of the United States Trustee<br>Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |

| | |
|---|---|
| LAW OFFICE OF RACHEL S. BLUMENFELD PLLC<br>Counsel to Grace Chan<br>Rachel S. Blumenfeld<br>26 Court Street, Suite 2220<br>Brooklyn, New York 11242<br>(718)858-9600 | |

## ADDITIONAL INFORMATION

**Obtaining Solicitation Materials**. The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received a CD-ROM or flash drive), please feel free to contact the Bank's Voting and Claims Agent, by: (i) writing Windels Marx Lane & Mittendorf, LLP Re: East Broadway Mall, 156 West 56th Street, New York, NY 10019; or (ii) via electronic mail to JSullivan@Windelsmarx.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.nysb.uscourts.gov. Please be advised that the Voting and Claims Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may not advise you as to whether you should vote to accept or reject the Plan.

**Filing the Plan Supplement**. The Bank will file the Plan Supplement (as defined in the Plan) no later than five days prior to the Voting Deadline and will serve notice on all Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Bank filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

Dated: [●], 2023  
New York, New York

*/s/ DRAFT*  
James M. Sullivan (jsullivan@windelsmarx.com)  
Robert J. Malatak (rmalatak@windelsmarx.com)  
WINDELS MARX LANE & MITTENDORF, LLP  
156 West 56th Street  
New York, New York 10019  
Tel: (212) 237-1000  
Fax: (212) 262-1215