# EXHIBIT 8

## PLAN SUPPLEMENT NOTICE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:                                                                                  Chapter 11

EAST BROADWAY MALL,                                              Case No. 19-12280 -DSJ

                        Debtor.
-----------------------------------------------------------X

## NOTICE OF FILING PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** on [●], 2023, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") entered an order (the "D**isclosure Statement Order**"), (a) authorizing Bank of Hope f/k/a BBCN Bank ("**Bank of Hope**" or "**Bank**"), secured creditor for the chapter 11 estate (the "**Estate**") of the above-captioned debtor, East Broadway Mall ("**Debtor**" or "**EBM**") to solicit acceptances for the *Chapter 11 Plan of Liquidation* (as may be modified, amended, or supplemented from time to time, the "**Plan**");[12] (b) approving the *Disclosure Statement for the Chapter 11 Plan of Liquidation* (the "**Disclosure Statement**") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "**Solicitation Packages**"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Plan and the Disclosure Statement Order approving the Disclosure Statement, the Bank filed the Plan Supplement with the Court on [●], 2023 [Docket No. [●]].

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan (the "**Plan Confirmation Hearing**") will commence on **March 1, 2023 at 10:00 a.m.** prevailing Eastern Time, before the Honorable David S. Jones, in the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **February 22, 2023, at 4:00 p.m.** prevailing Eastern Time (the "**Plan Objection Deadline**"). Any objection to the Plan must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of

---

[12] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Disclosure Statement.

{80299411:4}

service) and served upon the following parties so as to be actually received on or before **February 22, 2023, at 4:00 p.m.** prevailing Eastern Time:

| | |
|---|---|
| WINDELS MARX LANE & MITTENDORF LLP<br>Counsel to the Bank of Hope<br>James M. Sullivan<br>156 West 56th Street<br>New York, New York 10019<br>(212) 237-1170 | SFERRAZZA & KEENAN PLLC<br>Counsel to the Debtor and Debtor In Possession<br>Sarah M. Keenan<br>532 Broadhollow Road, Suite 111<br>Melville, New York 11747<br>(631) 753-4400 ext. 23 |
| SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the City of New York<br>Zachary B. Kass<br>Senior Counsel<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2113 | Office of the United States Trustee<br>Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |
| LAW OFFICE OF RACHEL S. BLUMENFELD PLLC<br>Counsel to Grace Chan<br>Rachel S. Blumenfeld<br>26 Court Street, Suite 2220<br>Brooklyn, New York 11242<br>(718)858-9600 | |

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement, or related documents, you should contact Windels Marx Lane & Mittendorf, LLP, the voting and claims agent retained by the Bank in the Chapter 11 Case (the "**Voting and Claims Agent**"), by: (i) writing Windels Marx Lane & Mittendorf, LLP Re: East Broadway Mall, 156 West 56th Street, New York, NY 10019; or (ii) via electronic mail to JSullivan@Windelsmarx.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.nysb.uscourts.gov.

Dated: [●], 2023  /s/ DRAFT
New York, New York  James M. Sullivan (jsullivan@windelsmarx.com)
 Robert J. Malatak (rmalatak@windelsmarx.com)
 WINDELS MARX LANE & MITTENDORF, LLP
 156 West 56th Street
 New York, New York 10019
 Tel: (212) 237-1000

{80299411:4}  2

Fax: (212) 262-1215

*[Remainder of page intentionally left blank]*