**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X

In re:                                                                      Chapter 11

East Broadway Mall, Inc.,

                                                              Case No. 19-12280 (DSJ)

                                 Debtor.

------------------------------------------------------ X

**NOTICE OF DEADLINE REQUIRING FILING OF ADMINISTRATIVE EXPENSE CLAIMS INCURRED ON OR AFTER OCTOBER 27, 2022 ON OR BEFORE JUNE 30, 2023**

**TO ALL PERSONS AND ENTITIES WITH ADMINISTRATIVE EXPENSE CLAIMS AGAINST EAST BROADWAY MALL INC.**

The United States Bankruptcy Court for the Southern District of New York has entered an Order establishing **June 30, 2023** (the "Administrative Claim Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file an administrative expense claim for claims incurred on or after October 27, 2022 against the Debtor listed above (the "Debtor").

The Administrative Claim Bar Date and the procedures set forth below for filing any claim allowable under §§503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtor's estate applies to all claims which arose subsequent to October 26, 2022, the bar date previously fixed by this Court for the filing of both pre-petition and administrative claims against the Debtor.

- 1 -

**I.     WHO MUST FILE A PROOF OF CLAIM**

You MUST file a proof of claim to share in distributions from the Debtor's bankruptcy estate if you have a claim that is allowable under §§503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtor's estate **which arose on or after October 27, 2022** and it is not one of the types of claims described in Section 4 below.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**2.     WHAT TO FILE**

Your filed proof of claim must conform substantially to Official Form No. 410; a case- specific proof of claim form accompanies this notice. Additional proof of claim forms may be obtained at www.uscourts.gov/forms/bankruptcy-forms.

All proof of claim forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

**Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).**

3. **WHEN AND WHERE TO FILE**

Except as provided herein, all administrative expense proofs of claim must be filed so as to be received **on or before June 30, 2023**.

Attorneys (with full access accounts) and employees of institutional creditors (with limited access accounts) should file proofs of claim electronically on the Court's Case Management/Electronic Case File ("CM/ECF") system.

Those without accounts to the CM/ECF system may create and electronically file their proofs of claim through the "File A Proof of Claim" link on the Court's website, www.nysb.uscourts.gov, or by mailing or delivering the original proof of claim to the Court at the address provided below:

> **United States Bankruptcy Court**
> **Southern District of New York**
> **One Bowling Green, Room 614**
> **New York, New York 10004-1408**

Proofs of claim will be deemed filed only when received by the Bankruptcy Court on or before the Bar Date. Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

4. **CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED**

You do **not** need to file a proof of claim on behalf of a claim on or prior to

the Bar Date if the claim falls into one of the following categories:

    (a)    Any claim that has already been asserted in a proof of claim against the Debtor with the Clerk of the Bankruptcy Court for the Southern District of New York in a form substantially similar to Official Bankruptcy Form No. 410;

    (b)    Any claim that has previously been allowed by Order of this Court;

    (c)    Any claim that has been paid in full by the Debtor;

    (d)    Any claim for which a different deadline has previously been fixed by this Court;

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor. The fact that you have received this Notice does not mean that you have a claim or that the Debtor or the Court believes that you have a claim against the Debtor.

**5.    CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE EXPENSE PROOF OF CLAIM BY THE BAR DATE**

**ANY HOLDER OF AN ADMINISTRATIVE EXPENSE CLAIM THAT AROSE ON OR AFTER OCTOBER 27, 2022 THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTOR'S CASE ON ACCOUNT OF SUCH CLAIM.**

   **A holder of a possible administrative claim against the Debtor should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file a proof of claim.**

Dated: New York, New York               **BY ORDER OF THE COURT**
   April       , 2023

**COUNSEL FOR THE DEBTOR**
**Sferrazza & Keenan PLLC**
532 Broadhollow Road, Suite 111
Melville, NY  11747
631-753-4400
Attn:  Sarah M. Keenan, Esq.