SFERRAZZA & KEENAN, PLLC
*Attorneys for the Debtor*
532 Broadhollow Road, Suite 111
Melville, NY 11747
(631) 753-4400
Sarah M. Keenan, Esq.
sally@skpllc.com

Hearing Date: June 14, 2023 at 10:00 a.m.
Objections Due: May 31, 2023 at 5:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

In re:

East Broadway Mall, Inc.,

                Debtor.

------------------------------------------------------- X

Chapter 11

Case No. 19-12280 (DSJ)

## AMENDED NOTICE OF HEARING TO APPROVE DISCLOSURE STATEMENT AND/OR DATE BY WHICH OBJECTIONS <u>OR AMENDMENTS MUST BE FILED THERETO</u>

**PLEASE TAKE NOTICE**, that on June 6, 2023 at 10:00 a.m. a hearing (the "**Hearing**") will be held via Zoom before the Honorable David S. Jones of the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), One Bowling Green New York, NY 10004 to consider the entry of an order finding that the Disclosure Statement filed by the Debtor dated April 28, 2023, or as may be amended with the approval of the Court, (the "Disclosure Statement"), contains "adequate information" as that term is defined in 11 U.S.C. §1125(a)(1); approving the Disclosure Statement; authorizing Debtor, pursuant to 11 U.S.C. §1125, to solicit acceptances or rejections of its plan of reorganization, dated April 28, 2023 (the "Plan"), from holders of claims against the Debtor by the transmission of a copy of the Plan and

1

Disclosure Statement to each of such holders of claims; and granting such other and further relief as is just and proper.

Copies of the Debtor's Chapter 11 schedules and its proposed Disclosure Statement are on file with the Clerk of the Bankruptcy Court, One Bowling Green New York, NY 10004 and may be examined by interested parties by viewing same on the Bankruptcy Court's website located at http://www.nysb.uscourts.gov or may be requested in writing from Sferrazza & Keenan PLLC, Attn: Sarah M. Keenan, Esq., 532 Broadhollow Road, Suite 111, Melville, NY 11747.

Upon approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against the Debtor will receive a copy of the approved Disclosure Statement and the proposed Plan.

The hearing scheduled herein to consider the proposed Disclosure Statement may be adjourned from time to time without further notice to creditors or other parties in interest other than by an announcement of such adjournment on the date scheduled for the hearing.

Objections to the hearing for an order approving the Disclosure Statement or the adequacy of the Disclosure Statement, if any, shall be in writing setting forth with particularity the reasons therefore and served upon Sarah M. Keenan, Esq., at the address set forth below, and the Clerk of the Bankruptcy Court with a hard copy delivered directly to chambers pursuant to Local Rule 9070-1 so that it is received no later than May 30, 2023 at 5:00 p.m.

Dated: Melville, New York
      May 4, 2023

SFERRAZZA AND KEENAN, PLLC
Attorneys for the Debtor
and Debtor in Possession

By:   /s/ Sarah M. Keenan
   Sarah M. Keenan
   532 Broad Hollow Road, Suite 111
   Melville, NY 11747
   (631) 753-4400