**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

In re:                                                                    Chapter 11

East Broadway Mall, Inc.,                                       Case No.: 19-12280 (DSJ)

                              Debtor.

------------------------------------------------------- X

**AFFIRMATION OF SERVICE**

        I, Sarah M. Keenan, an attorney duly admitted to practice law before the Courts of the State of New York, do hereby affirm under penalty of perjury as follows:

        On May 11, 2023, a true copy of the NOTICE OF DEADLINE REQUIRING FILING OF ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER SEPTEMBER 20, 2022, ON OR BEFORE JUNE 30, 2023 has been served via first class mail by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons:

NYC Department of Finance
Tax, Audit and Enforcement Division
375 Pearl Street
New York, NY 10038-1444

NYC Water Board
City of New York
PO Box 11863
Newark, NJ 07101-8163

New York State Department of Taxation & Finance
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

Consolidated Edison Company of New York Inc.
Bankruptcy Group
4 Irving Place 1875-S
New York, NY 10003-3502

Miu & Co., LLP
109 Lafayette St., #6
New York, NY 10013

Maximum Security NYC, Inc.
36-36 33rd St., Suite 304
Long Island City, NY 11106

Department of the Treasury
Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Dated: Melville, New York
       May 11, 2023

                                                    s/Sarah M. Keenan
                                                    Sferrazza & Keenan PLLC
                                                    532 Broadhollow Road, Suite 111
                                                    Melville, NY 11747