# EXHIBIT B




July 6, 2022

To whom it may concern,

As a loyal tenant of East Broadway Mall, 88 Palace Restaurant fully endorses the mall's settlement proposal to remain in operation. We know that East Broadway Mall has consistently advocated for a lower PILOT so that all the tenants within the building will be able to pay their rent and survive, so it is our wish to see the support that will help the building's businesses blossom.

Our restaurant has been a business partner with the mall since 2002, and we have employed as many as 80 employees – bringing in regular customers who enjoy our services. Unfortunately, because of the COVID-19 pandemic, we were forced to close, but we remain committed to reopening our business as soon as the mall's negotiations become resolved.

We plan on investing up to 2 million dollars into our restaurant in order to modernize the facilities and aesthetic appearances. Our goal is to make our restaurant memorable so that it will attract devoted customers who will help us gain a good reputation for the local community, New York City, and beyond.

East Broadway Mall has been our home for many years and has given us great economic security. The benefits of keeping this building will unequivocally surpass a local level; it will also permeate throughout the city. Therefore, it is imperative to have this vital source to many people involved - including 88 Palace Restaurant - function.

We are 100% behind East Broadway Mall.

Sincerely,

Andy Yang
President



**iFresh, Inc.**
TEL: (718) 628 6200
FAX: (718) 552 3158
2-39 54th Ave. Long Island City, NY 11101
www.iFreshmarket.com

September 1, 2021

Re:   East Broadway Mall
      88 East Broadway
      New York, NY 10002

To the Chinese Community,

IFresh is currently in High-level negotiation with East Broadway Mall and will reach an agreement to lease the 1st and lower level of the building to provide a new modern shopping experience for the local community. IFresh, with the help of East Broadway Mall, will apply for the NYC EDC "Fresh program a Tax incentive program" that will provide a tax incentive for the investment. This investment will cost between 4-5 million in capital improvements to prepare the location to bring on this new experience. Any Tax incentive through the FRESH Program will be pass on to the local community. This investment into East Broadway Mall is not contingent upon the eligibility of the "FRESH Program."

The projected opening is late summer of 2022.

Description of the "FRESH program."

"The FRESH program tax incentive program is administered by the New York City Industrial Development Agency (NYCIDA) and the FRESH zoning benefit program is administered by the New York City Department of City Planning (DCP). All NYCIDA benefits are discretionary and companies must request NYCIDA assistance prior to entering into any property lease, acquisition, or renovation contract unless such contracts are contingent upon NYCIDA assistance."

Sincerely,

President

iFresh Inc.