# EXHIBIT C



### STATEMENT OF FINANCIAL CONDITION

### DECEMBER 31, 2022



**ROSS STRENT & COMPANY, LLP**
**Certified Public Accountants**
1860 Walt Whitman Road – Suite 900
Melville, New York 11747
Tel: 631-629-4488; Fax: 631-629-4480

Christopher J. Brown, CPA
Joseph Licata, CPA
Brian Simonetti, CPA
Todd LaMendola, CPA
Andrew Papadopoulos, CPA

### <u>INDEPENDENT ACCOUNTANTS' COMPILATION REPORT</u>



�adcoe▄ and ▄▄▄▄▄▄▄▄▄ are responsible for the accompanying statement of financial condition as of December 31, 2022, in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statement nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by ▄▄▄▄ and ▄▄▄▄▄. ▄▄▄▄▄. We do not express an opinion, a conclusion, nor provide any form of assurance on this personal financial statement.

Accounting principles generally accepted in the United States of America require that personal financial statements include a provision for estimated income taxes on the differences between the estimated current values of assets and the estimated current amounts of liabilities and their tax bases. The accompanying statement of financial condition does not include such a provision, and the effect of this departure from accounting principles generally accepted in the United States of America has not been determined.

▄▄▄▄and ▄▄▄▄▄▄▄ have elected to omit substantially all the disclosures required by accounting principles generally accepted in the United States of America. If the omitted disclosures were included in the statement of financial condition, they might influence the user's conclusions about the financial condition of ▄▄▄▄and ▄▄▄▄▄▄▄g. Accordingly, the financial statement is not designed for those who are not informed about such matters.

The supplementary information contained in schedules to the statement of financial condition is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information is the responsibility of ▄▄▄▄ and ▄▄▄▄▄. ▄▄▄▄▄. The supplementary information was subject to our compilation engagement. We have not audited or reviewed the supplementary information and do not express an opinion, a conclusion, nor provide any assurance on such information.

*Ross Strent & Company, LLP*

March 9, 2023



## STATEMENT OF FINANCIAL CONDITION
### AS AT DECEMBER 31, 2022

## A S S E T S

| | | |
|---|---|---:|
| Cash in banks | $ | 5,000,000 |
| Marketable securities | | 1,995,140 |
| Equity in retirement plans | | 1,350,147 |
| Personal residence | | 5,700,000 |
| Equity in real estate holdings | | 220,046,524 |
| Equity in operating corporations | | 28,300,000 |
| Cash surrender value of insurance policies | | 482,000 |
| Personal effects | | 1,700,000 |
| **TOTAL ASSETS** | $ | 264,573,811 |

## LIABILITIES AND NET WORTH

**Liabilities**

| | | |
|---|---|---:|
| Mortgage payable - personal residence | $ | 2,056,591 |
| **Net worth** | | 262,517,220 |
| **TOTAL LIABILITIES AND NET WORTH** | $ | 264,573,811 |

See accountants' compilation report.

███████████████████

**SUPPLEMENTARY INFORMATION**
**SCHEDULES TO STATEMENT OF FINANCIAL CONDITION**
**AS AT DECEMBER 31, 2022**

| | | |
|---|---|---:|
| **Cash in banks** | $ | 5,000,000 |
| **Total cash in banks** | $ | 5,000,000 |

**Equity in real estate holdings**

| | | |
|---|---|---:|
| ███████████ | $ | 74,407,000 |
| ███████████ | | 23,157,320 |
| ███████████ | | 17,582,500 |
| ███████████ | | 16,827,091 |
| ███████████ | | 16,500,000 |
| ███████████ | | 12,500,000 |
| ███████████ | | 19,000,000 |
| ███████████ | | 6,836,362 |
| ███████████ | | 6,583,245 |
| ███████████ | | 8,825,466 |
| ███████████ | | 5,111,550 |
| ███████████ | | 1,651,955 |
| ███████████ | | 3,750,000 |
| ███████████ | | 2,426,840 |
| ███████████ | | 1,560,000 |
| ███████████ | | 1,531,371 |
| ███████████ | | 861,011 |
| ███████████ | | 325,000 |
| ███████████ | | 315,040 |
| ███████████ | | 285,833 |
| ███████████ | | 8,940 |
| **Total equity in real estate holdings** | $ | 220,046,524 |

**Equity in operating corporations**

| | | |
|---|---|---:|
| ███████████ | $ | 25,000,000 |
| ███████████ | | 2,400,000 |
| ███████████ | | 900,000 |
| **Total equity in real estate holdings** | $ | 28,300,000 |

See accountants' compilation report.


**CATHAY Bank**

**Branch: 0000066**

FLUSHING NY 11354-2721

Last statement: April 30, 2023
This statement: May 31, 2023
Total days in statement period: 31

Page 1



( 1 )

Direct inquiries to:
800-922-8429

Cathay Bank
36-54 Main St
Flushing NY 11354

## Advanced Business Checking

| | | |
|---|---|---|
| Account number | Beginning balance | $932,350.78 |
| Enclosures | 1 Total additions | 2,244,096.25 |
| Low balance | $291,081.53 Total subtractions | 2,250,120.00 |
| Average balance | $1,349,161.26 Ending balance | $926,327.03 |
| Avg collected balance | $1,309,502 | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| | 05-05 | 250,000.00 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 05-01 | ' Service Charge | 10.00 |
| | INCOMING WIRE FEE | |
| 05-01 | ' Service Charge | 10.00 |
| | INCOMING WIRE FEE | |
| 05-01 | ' Service Charge | 10.00 |
| | INCOMING WIRE FEE | |
| 05-04 | ' Service Charge | 10.00 |
| | INCOMING WIRE FEE | |
| 05-08 | ' Service Charge | 10.00 |
| | INCOMING WIRE FEE | |
| 05-18 | ' Domestic Wire Out | 2,000,000.00 |
| 05-18 | ' Service Charge | 30.00 |
| | DOMESTIC WIRE FEE | |
| 05-26 | ' Service Charge | 10.00 |
| | INCOMING WIRE FEE | |

# BANK OF AMERICA 

P.O. Box 15284
Wilmington, DE 19850



BANK OF AMERICA
## Preferred Rewards
For Business

**Customer service information**

☏  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

---

☹  Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

---

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for May 1, 2023 to May 31, 2023

Account number: ████████████

**WHK WATERFRONT LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2023 | $49,424.52 | # of deposits/credits: 11 |
| Deposits and other credits | 22,628,990.00 | # of withdrawals/debits: 31 |
| Withdrawals and other debits | -22,088,381.91 | # of items-previous cycle¹: 1 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -158.00 | Average ledger balance: $2,330,568.06 |
| Ending balance on May 31, 2023 | $589,874.61 | ¹Includes checks paid, deposited items and other debits |

---

| REMEMBER | | BUSINESS ADVANTAGE |
|---|---|---|

## You've got a banking partner ready to help.

As your dedicated Small Business Banker,
I'm here to help with all of your business's
financial needs and priorities.

**Contact me today.**



SSM-08-22-0105.B | 4878868