UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EAST BROADWAY MALL,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-12280 (DSJ) |

**ORDER DENYING DEBTOR'S MOTION
FOR APPROVAL OF DISCLOSURE STATEMENT**

On June 14, 2023, the Court heard argument on Debtor's *Motion for an Order (i) Approving Debtor's Disclosure Statement; (ii) Approving Solicitation Procedures, Forms of Ballots, and Manner of Notice; and (iii) Fixing the Deadline for Filing Objections to Confirmation of the Plan and Scheduling Hearing on Plan Confirmation* (the "Motion"). (ECF No. 159). The Court considered all submissions, including objections to the Motion filed by the United States Trustee (ECF No. 169), the Bank of Hope (ECF No. 171) and the City of New York (ECF No. 172), and Debtor's Reply (ECF No. 174), as well as the statements of all interested parties who appeared at the June 14, 2023 hearing. The Court rendered an oral ruling on the record, the contents of which are incorporated herein. Accordingly, it is

**ORDERED THAT:**

1. Debtor's motion for approval of its disclosure statement is hereby DENIED for the reasons stated on the record at the June 14, 2023 hearing.

Dated: New York, New York
      June 14, 2023

                                        *s/ David S. Jones*
                                     Honorable David S. Jones
                                     United States Bankruptcy Judge