1

1

2   UNITED STATES BANKRUPTCY COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   - - - - - - - - - - - - - - - - - - - -x

5

6   In the Matter of:

7   EAST BROADWAY MALL, INC.,                Main Case No.

8           Debtor.                          19-12280-dsj

9

10  - - - - - - - - - - - - - - - - - - - -x

11

12               United States Bankruptcy Court

13               One Bowling Green

14               New York, New York

15

16               June 14, 2023

17               10:00 AM

18

19

20

21  B E F O R E:

22  HON. DAVID S. JONES

23  U.S. BANKRUPTCY JUDGE

24

25  ECRO:   ELECTRONIC RECORDING

2

1

2  1) Motion Filed by the United States Trustee to Convert this

3  Chapter 11 Case to a Chapter 7 Case

4

5  Objection Filed by Bank of Hope

6

7  2) Amended Motion Filed by the Debtor to Approve Debtor's

8  Disclosure Statement; Approve Solicitation Procedures, Forms of

9  Ballots and Fixing Deadline for Filing Objection to

10  Confirmation of Plan

11

12  Objections Filed by the United States Trustee and Bank of Hope

13

14  3) Motion Filed by Bank of Hope to Approve Entry of Order

15  Approving (I) The Adequacy of The Third Amended Disclosure

16  Statement For The Third Amended Plan of Liquidation; (II)

17  Solicitation of Votes to Accept or Reject The Third Amended

18  Plan of Liquidation and Notice of Procedures; (III) Forms of

19  Ballots and Notices in Connection Therewith; And (IV) Certain

20  Dates with Respect Thereto

21

22  Objection Filed by the United States Trustee

23

24

25

3

Transcribed by:   Sabrina Vincent

eScribers, LLC

7227 North 16th Street, Suite #207

Phoenix, AZ 85020

(800) 257-0885

operations@escribers.net

4

1

2  A P P E A R A N C E S (All present by video or telephone):

3  SFERRAZZA & KEENAN, PLLC

4          Attorneys for Debtor

5          532 Broadhollow Road

6          Suite 111

7          Melville, NY 11747

8

9  BY:   SARAH M. KEENAN, ESQ.

10

11

12  NEW YORK CITY LAW DEPARTMENT

13          Attorneys for City of New York

14          100 Church Street

15          New York, NY 10007

16

17  BY:   ZACHARY B. KASS, ESQ.

18          MINDY R. KOENIG, ESQ.

19

20

21

22

23

24

25

5

1

2  WINDELS MARX LANE & MITTENDORF, LLP

3        Attorneys for Bank of Hope

4        156 West 56th Street

5        New York, NY 10019

6

7  BY:   ROBERT J. MALATAK, ESQ.

8        JAMES M. SULLIVAN, ESQ.

9

10

11  UNITED STATES DEPARTMENT OF JUSTICE

12        Attorneys for Office of the United States Trustee

13        One Bowling Green

14        Suite 534

15        New York, NY 10004

16

17  BY:   MARK BRUH, ESQ.

18

19

20

21

22

23

24

25

6

1

2  SOONG LIU, ESQS.

3       Attorneys for Proposed New Tenant

4       305 Broadway

5       Suite 1201

6       New York, NY 10007

7

8  BY:   ARTHUR J. SOONG, ESQ.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7

1                        P R O C E E D I N G S

2            THE COURT:  Good morning everyone, it's Judge Jones.

3    We're here for a 10:00 a.m. Zoom hearing in East Broadway Mall,

4    number 19-12280, with three motions calendared for today.  One

5    is a motion that's been around for some time by the U.S.

6    Trustee to convert this case to Chapter 7 and then we have

7    competing motions for approval of competing disclosure

8    statements in connection with competing plans.  One by the Bank

9    of Hope and one by the debtor.

10           Let me go ahead and actually take appearances because

11   of how many moving parts there are.

12           So who's here for debtors today?

13           MS. KEENAN:  Sally Keenan for the debtor.

14           THE COURT:  Great.

15           And how about for Bank of Hope?

16           MR. SULLIVAN:  James Sullivan, Windels Marx Lane &

17   Mittendorf, counsel for Bank of Hope.

18           THE COURT:  Great.

19           And let's see, U.S. Trustee?

20           MR. BRUH:  Good morning, Your Honor.  Mark Bruh for

21   United States Trustee.

22           THE COURT:  Okay.

23           And does anyone else expect to be appearing today?

24           Oh.

25           MR. KASS:  Good morn-- good morning, Your Honor.

1    Zachary Kass on behalf of the City of New York.

2           THE COURT:  Right.  Nice to hear you, Mr. Kass.

3    That's right, I was told you had camera problems, so you're

4    here audio only, which is fine.

5           Okay.  Any other active participants expected today?

6           MR. SOONG:  Good morning, Your Honor.  My name is

7    Arthur Soong.  It is my first time on.  I'm the attorney for

8    the proposed new tenant, Broadway East Group.

9           THE COURT:  Great.  Welcome.

10           MR. SOONG:  Thank you.

11           THE COURT:  Okay.  So there have been a lot of late-

12    breaking developments sort of shortly before midnight.  A

13    filing by the debtors responding to objections to their

14    proposed -- or disclosure statement and -- I don't know what to

15    call it, but a supplemental or modified or third amended, I

16    think it is, disclosure statement filed by Bank of Hope.  And

17    so I've quickly reviewed those to the best of my ability.  Let

18    me just tell you my initial take coming in and then I'm going

19    to want to just hear from everybody, but I think it's best just

20    not to hide the ball on you.

21           I think -- first off, with respect to the motion to

22    convert of the U.S. Trustee, I believe that was pretty much

23    based on -- that was filed some time ago, and it was largely

24    based on failure to file monthly operating reports.  That

25    deficiency was rectified, although I think debtor is now behind

1   again, based on my review.  I am -- I feel like there's been

2   enough water under the bridge that it probably is going to make

3   sense after hearing from people to ask the U.S. Trustee to

4   consider withdrawing it and, if not, quite possibly denying

5   that motion.  As I sometimes do, Mr. Bruh knows without leave

6   to reinstate, joined by supplemental briefing because I think

7   the motion is just not aimed at the current status of the case.

8   So it doesn't make sense to proceed with it or grant it in the

9   current circumstances.  So that's kind of the easiest -- easier

10  piece in my mind and I'll give Mr. Bruh a chance to -- and

11  anyone else a chance to speak to that.

12          And then with regard to the disclosure statements,

13  I -- I have some real concerns about the debtors, in terms of

14  just -- it's hard for me to see that it's tied to a confirmable

15  plan for various reasons, some of which the U.S. Trustee

16  identified.  I also noticed it's premised on a substantial loan

17  commitment, but that commitment by its terms expired last

18  August.  So I think it would -- I just don't see a viable

19  pathway going forward, so it's -- so I don't think I could --

20  be in a -- in a position to approve the debtor's disclosure

21  statement at this time.

22          And then with regard to the Bank of Hope disclosure

23  statement, it's clear that there's been a lot of progress and a

24  lot of movement and negotiation, which is great.  There are so

25  many moving pieces and so much came in at a -- like I think

**EAST BROADWAY MALL, INC.**

10

1   literally just before midnight last night, that I -- my

2   inclination coming in is that I'll probably want to adjourn the

3   hearing on Bank of Hope's disclosure statement, really to --

4   if -- at least if anyone wants to have an opportunity to review

5   and comment, I would think debtor likely wants that and the

6   U.S. Trustee wants that and I am very sympathetic to that.  I

7   also don't see a compelling reason to just rush through at the

8   last minute.  I also, frankly, would be more comfortable having

9   time to reflect.

10          The other thing I would say is that the -- I do want

11  to hear from Bank of Hope about the state of play and what the

12  updates are because I think that sounds promising.  I'm also

13  concerned to the extent you're relying on (indiscernible), sort

14  of further changes to the approach that aren't -- that are only

15  going to be revealed in a plan supplement.  That seems

16  concerning to me.  It's my impression from the review of the

17  papers is that the possible changes that would be embodied in

18  your intended plan supplement would be substantive enough that

19  it's a little -- that it's kind of unfair to the creditor

20  universe to ask them to sign off on something while awaiting a

21  fundamental batch of changes in a plan supplement.  But that is

22  something I don't know about, that's just a concern or a

23  suspicion I have that you can address.

24          Okay, so let me do the following -- I guess I'll just

25  go through the lead protagonist in the order of issues I just

**EAST BROADWAY MALL, INC.**

1   said.

2          Let me first turn to Mr. Bruh on the motion to

3   convert.  How do you want to proceed and -- on that?

4          MR. BRUH:  Thank you, Your Honor.  Mark Bruh for the

5   United States Trustee.  Your Honor is right to point out that

6   the motion was on, it was off, it's back on, the issues have

7   changed in the case.  I think the outstanding issues are the

8   operating reports, the second one will be due tomorrow, so the

9   debtor will be two behind.  I did not know how today's hearing

10  was going to play out, so I was going to suggest that we hear

11  it at the end to see, perhaps, it might have some legs to go

12  forward.  If not, it would be our position, if the Court is

13  inclined to deny it, to deny it without prejudice for us to

14  renew.

15         THE COURT:  Yeah, okay.  Your audio tailed off a

16  little.  You said denied without prejudice and then a few words

17  after it without prejudice --

18         MR. BRUH:  Oh, I'm sorry, I --

19         THE COURT:  What were those words?

20         MR. BRUH:  Your Honor, I'm in the courthouse and I

21  can -- I'm having a low bandwidth issue, so maybe --

22         THE COURT:  Right.

23         MR. BRUH:  -- I'll just -- if the Court allows me to

24  turn off my video for a little bit, I can --

25         THE COURT:  Okay, but -- yeah, that's fine.

**eScribers, LLC**

**EAST BROADWAY MALL, INC.**

12

1        MR. BRUH:  I said denied without prejudice with --

2   with the ability to renew, Your Honor.

3        THE COURT:  Okay, yeah and -- and I think Mr. Bruh

4   knows from experience, that's a thing I'm predisposed to allow

5   on -- on these sort of motions to convert, particularly by the

6   U.S. Trustee's Office, where they allow things to play out and

7   grant -- and allow continuances and then events change out from

8   under them, so.

9        Okay, so let's -- let's do this, I'm just going to

10  conditionally do that.  I'm going to -- subject to modification

11  if events at the hearing warrant, which I don't expect they

12  will, I'm going to deny the motion of the U.S. Trustee to

13  convert the case, without prejudice to renewal at a later time

14  in the discretion of the Office of the U.S. Trustee, but any

15  such renewal would need to be accompanied by supplemental

16  submission addressing whatever the state of play in the case is

17  at the time of the reinstatement, okay?

18       So, Mr. Bruh, you can just -- unless something changes

19  today that makes us revisit that, you can submit a proposed

20  order to that effect which will be pretty simple, I think

21  that's -- you've dealt with pretty similar orders, and so I

22  think you can just get me a proposed order.  Does that work for

23  you?

24       MR. BRUH:  It does, Your Honor.  Thank you.

25       THE COURT:  Okay.  And --

**EAST BROADWAY MALL, INC.**

13

1          MR. BRUH:  Can you hear me clearly now or --

2          THE COURT:  Yeah, I can hear you fine, thanks.

3   Yeah --

4          MR. BRUH:  Okay.

5          THE COURT:  -- and I'll tell you, Mr. Bruh, it wasn't

6   bad, I think I -- just literally your voice trailed off for a

7   minute.  It wasn't like a true --

8          MR. BRUH:  I'm getting a low bandwidth issue in the

9   courthouse, so --

10         THE COURT:  Yeah.

11         MR. BRUH:  (Indiscernible).

12         THE COURT:  Yeah, for the benefit of folks, the U.S.

13  Trustee's office relocated from a remote location to the

14  mothership here, the bankruptcy courthouse and it's beautiful,

15  historic, terrific, and plagued with low Wi-Fi signal strength,

16  so that's an issue.

17         Okay, so --

18         MR. BRUH:  Thank you.

19         THE COURT:  -- so that resolves of the U.S. Trustee's

20  motion to convert, unless there's reason to revisit that as the

21  hearing goes on.

22         And, Mr. Bruh, I'll count on you to alert me if you

23  want -- if you want to revisit the -- that in light of anything

24  you hear.

25         Okay, so let's turn to the debtor's disclosure

**EAST BROADWAY MALL, INC.**

14

1  statement motion, I mean -- so, Ms. Keenan, I'll give you --

2  whatever you want to tell me about that, and if you want to try

3  to dissuade me from my initial reaction, that's fine and -- I

4  see you shaking your head no, that's great, but any -- I'll

5  give you -- I'll sort of give you general air time for anything

6  else you want to say while you've got the floor.

7          MS. KEENAN:  I just want to say that the debtor -- it

8  was very important to the debtor to file a plan, to put out

9  there what it was offering because it's never given any -- no

10  one's recognizing it from the Bank or the City.  So we filed

11  the plan and the disclosure statement just so that the outline

12  of what they wanted to offer would be memorialized.  And also,

13  when the U.S. Trustee filed its objection and raised a couple

14  of issues, we filed yesterday the limited response to the U.S.

15  Trustee's objection, basically talking about the financing and

16  the joint partners who had indicated that they support the

17  debtor and they are well healed and are going to do whatever

18  they can to assist them in this -- in this journey, which

19  they're not going to give up on, obviously.  So that's all --

20          THE COURT:  Okay.

21          MS. KEENAN:  -- I wanted to say.  And I don't oppose

22  your -- I understand your ruling, so, no problem.

23          THE COURT:  Okay, that's great.  So I'll just say that

24  I did review the debtor's limited response to the U.S. Trustee

25  objection.  That appears at Docket No. 174.  When I said

**EAST BROADWAY MALL, INC.**

15

1   earlier -- I noted that the financing commitment had expired in

2   August of 2022.  That's -- that was part of the documentation I

3   was reviewing.  I completely understand your client's desire to

4   put something affirmative out there to demonstrate what it is

5   the client's trying to do.  Nevertheless, I'm going to adhere

6   to what I'll call, my tentative ruling, at the top of the

7   hearing, which is that the debtor's motion to approve its

8   proposed disclosure statement, coupled with -- in connection

9   with its proposed plan, is denied for failure to provide

10  sufficient information to complete -- to permit sufficient

11  evaluation of the plan, coupled with un-confirmability in its

12  current state because it's not backed by current and viable

13  financing nor is it -- nor is there a basis to determine that

14  the debtor has reached or can reach an agreement with the

15  landlord that would be necessary to permit it to go forward.

16          Okay, so I'm -- I will --

17          And, Ms. Keenan, I think I'll just have us enter a

18  little -- generate a little order referring to the oral ruling,

19  so I won't ask you to submit an order.

20          MS. KEENAN:  Okay.

21          THE COURT:  But --

22          MS. KEENAN:  Thank you.

23          THE COURT:  -- it'll just memorialize that ruling.

24  Okay?

25          All right, so then we're down to the Bank of Hope's

**EAST BROADWAY MALL, INC.**

16

1  disclosure statement motion, and I am really delighted to have

2  a tenant identified and present.  It's Broadway East, that's

3  great.

4          THE COURT:  Mr. Song (ph.) -- do you say [Suu-ng]?

5  How do you pronounce your name, again?

6          Oops, sorry, you're muted.  I'm putting you on the

7  spot.

8          MR. SOONG:  Sorry, guys.  It's [Suu-ng].  It's as if

9  it's a "u", but it's [Suu-ng].

10         THE COURT:  Oh, [Suu-ng].  Okay.  Thank you.  Got it.

11         Okay, so let me turn to Mr. Sullivan --

12         Sorry, all I wanted you to do was help me with

13  pronouncing your name correctly, Mr. Soong.  Thank you very

14  much.

15         Okay.  So, Mr. Sullivan, -- I mean, you heard my --

16  why don't you just first give me an update on exactly where we

17  are, what's nailed down, and what remains to be nailed down.

18         MR. SULLIVAN:  Thank you, Your Honor.  So yeah, what

19  we filed yesterday was an effort to address some of the

20  concerns that were raised by the U.S. Trustee's office in their

21  objection to our disclosure statement.  So we didn't actually

22  file it as like -- the plan and disclosure statement that we

23  filed with our motion was the third amended plan and disclosure

24  statement.

25         So what we filed last night were just proposed

**EAST BROADWAY MALL, INC.**

17

1    modifications to it in light of our desire to try and address

2    as many of the U.S. Trustee's concerns that we thought we'd be

3    able to -- just for purposes more of discussion at today's

4    hearing, with the understanding that whatever modifications you

5    might request or desire, that we would incorporate into --

6    maybe it would be a fourth amended, I don't know, but and

7    then --

8            THE COURT:  Okay.

9            MR. SULLIVAN:  -- ask for a form of order.

10           THE COURT:  Got it.  Do you have any objection to --

11   I -- my carrying this motion to future date so that you can

12   really sort of discuss the modifications and responses you've

13   come up with the -- with the U.S. Trustee's office, try to get

14   consensus on them, and then make further modifications as

15   needed so we have a cleaner slate that's actually going

16   forward?  I will tell you, I plan to spend as much time as we

17   need today to make as much progress as we can, but I kind of

18   feel like it's so many moving pieces that, ultimately life's

19   going to be better if we pause, take a breather, fix as much as

20   we can, and then go forward at a future hearing date.

21           MR. SULLIVAN:  Your Honor, like if that's what you

22   want, I mean, we're certainly happy and willing to do that.

23   Obviously, our desire is to move the case as quickly as

24   possible.  To the extent that we can, I'd like to address as

25   many of the issues and concerns that either the U.S. Trustee's

**EAST BROADWAY MALL, INC.**

18

1  office has or Your Honor has or anyone else has --

2         THE COURT:  Yes.

3         MR. SULLIVAN:  Today --

4         THE COURT:  I -- I hear you.  Let's definitely have

5  the substantive conversation.  I guess, I won't make any final

6  decision, but I'm sort of concerned about blazing ahead, just

7  because it smells to me like there's a lot of balls in the air,

8  but maybe you'll persuade me, no, no, it's all good.  So let me

9  let you proceed as you wish.

10        MR. SULLIVAN:  Okay.  One happy thing I can report and

11 I'm sure everyone on the call probably knows about it, I don't

12 know if Your Honor would, but so this morning we filed an

13 escrow agreement, which relates to a deposit of one million

14 dollars that the proposed new tenant paid into my firm's escrow

15 account on June 9th.  And the escrow agreement has language in

16 it that locks in the proposed new tenant much more so than what

17 has previously been for, Your Honor.  So I just wanted to point

18 that out.  So it was filed on the docket, and just a little

19 while ago, so I'm sure Your Honor has not had a chance to --

20        THE COURT:  I had --

21        MR. SULLIVAN:  -- to review it, even if it's --

22        THE COURT:  My -- I will just tell you I have the

23 dock-- I opened the docket at about -- on -- in my courtroom

24 computer at about 9:45, and it wasn't there.  It doesn't auto-

25 refresh, so I just refreshed, and now it's there at 10:20, so

**EAST BROADWAY MALL, INC.**

1   this is --

2          MR. SULLIVAN:  Okay.

3          THE COURT:  -- extremely recent, but that is a good

4   development.

5          MR. SULLIVAN:  Our desire was to have filed it

6   yesterday, but we were trying to track down the final

7   signature.  And unfortunately, we did not get that 'til this --

8   early this morning and so by the time we got it on file,

9   obviously it was probably too late for Your Honor to see it.

10  But it is -- we did reference it in our -- in our papers that

11  this was something that we were in the effort -- in the process

12  of finalizing.

13         So -- so my statement today is we have in fact

14  finalized it, so that's a good development as far as we're

15  concerned.  We did receive the deposit of one million dollars.

16  That's a positive development, I would say.  And so I think

17  we're ready to move forward.  I think the proposed new tenant

18  is ready to move forward and so to the extent that there are

19  any delays, I would just request that they be -- not be too

20  long of a delay, just do it (indiscernible) execution.

21         THE COURT:  Yeah.  Now you've got bandwidth issues

22  too, so you're getting a little sound distortion, so -- but, I

23  understand -- I mean, you're saying you don't want a long

24  delay.  I will tell you, I'm away at a judicial conference and

25  then another little trip, so my next available date

**EAST BROADWAY MALL, INC.**

20

1   realistically would be like the June 29th and then I think July

2   6th.  So I have in mind, if I stick to my guns on pushing this

3   back, probably one of those dates or some --

4           MR. SULLIVAN:  Okay.

5           THE COURT:  -- or some other available date around

6   those times that you could get from Ms. Calderon.  But I agree

7   with you, I don't want to bog the case down, you have a tenant,

8   you have money on the line, you have an ambition to move

9   things, that's great.  At the same time, the case has been

10  kicking around since 2019 and I will tell you one of my

11  favorite little office worker signs I've ever seen said, you're

12  procrastination is not my crisis.  And so -- so -- that was at

13  a school -- so I'm kind of having that reaction.

14          MR. SULLIVAN:  I hear you.

15          THE COURT:  Okay.  So go ahead.  But -- but yeah, keep

16  telling me about where things are -- I don't know what all you

17  need.  I guess really it seems to me what I know I need to hear

18  about is where things stand with the City and the tenant --

19          MR. SULLIVAN:  I think that's the right --

20          THE COURT:  -- as far as compromise terms, working out

21  the arrearages with the City, financing going forward, and so

22  forth.

23          MR. SULLIVAN:  I think that would probably be the -- a

24  good place to move to next, Your Honor, because it is a fairly

25  significant issue as where things stand with the City and with

**EAST BROADWAY MALL, INC.**

21

1    the proposed new tenant in terms of the lease.  We do have a --

2    the term sheet that was attached to our motion for approval of

3    the third amended plan and disclosure statement did have more

4    signatures on it.  It was like -- it was a little bit better

5    than the one before that, but I think Your Honor is probably

6    more interested in finding out what's the status of the actual

7    lease and so I would -- if Mr. Kass is on, I would -- or -- or

8    Ms. Koenig is on, I would make --

9            THE COURT:  Yeah, Ms. Koenig is here with video on and

10   Mr. Kass, I believe is here, audio only.  So I see them both.

11   Is that an invitation --

12           MR. KASS:  Your Honor?

13           THE COURT:  Yeah, go ahead, Mr. Kass.

14           MR. KASS:  I apologize for my continuing technological

15   ineptitude, so --

16           THE COURT:  That's quite fine, Mr. Kass.  And you're

17   always a valuable contributor in any form, so go right ahead.

18           MR. KASS:  I appreciate that, Your Honor.  Thank you.

19   I -- I can report, as can Ms. Koenig, that the -- there is a

20   form of lease that has been negotiated for many months.  It is

21   in a substantial form of completion.  There are a couple of

22   issues that need to be ironed out.  I think that at least from

23   the City's point of view, the development that Mr. Soong and

24   Mr. Sullivan have managed to make happen, that is the posting

25   of a million dollar deposit, is a tremendous step forward.  I

**EAST BROADWAY MALL, INC.**

22

1   think that demonstrates to the community and hopefully to the

2   court as well, seriousness of the -- of the new tenant and the

3   state of play in terms of the cooperation going forward that

4   the City is also committed to.

5          I can also report that the City has been working on

6   the -- on a -- say a separate track, but say a para-- parallel

7   track in terms of moving forward on the necessary approvals and

8   community involvement events that need to happen in order for

9   this to be consummated.  There is a scheduled -- an event, I

10  believe it's next week and then hopefully in several weeks

11  thereafter, the next step could be addressed as well.  What are

12  the concerns --

13         THE COURT:  What's that process?  Is that like a

14  community board --

15         MR. KASS:  Correct.

16         THE COURT:  -- notice and hearing process?  Or I don't

17  know if that counts as -- what's that acronym, ULURP or

18  whatever?

19         MR. KASS:  Well, I -- it is not a ULURP -- it's not a

20  ULURP process, thank God, which is --

21         THE COURT:  Okay.

22         MR. KASS:  But, it does involve the -- the community

23  board.  So there is a community board involvement and then

24  there is a bureau board involvement.  Both of those things have

25  been -- have been heavily worked on and are on track.  Again,

**EAST BROADWAY MALL, INC.**

23

1  one of the reasons that there has been some hesitation to

2  attempt to finalize the lease -- the format of the lease, is so

3  that the City can get whatever feedback is appropriate at those

4  hearings and incorporate whatever intelligence we can get

5  that'll make the community even more -- hopefully comfortable

6  with this path going forward.  So it's our expectation that in

7  the event that we get those approvals, that the finalization --

8  if that's a word -- of the lease format will be fairly

9  straightforward and will be done fairly quickly.  And at that

10 point, it can filed with the court as part of the process of

11 confirming the plan.

12         Let's see, I -- was there -- were there other issues

13 that Your Honor would like the City to address?

14         I should also report that there have been discussions

15 with the Department of Finance about the pending proof of

16 claim.  There is some flexibility, apparently, and there is a

17 review process that's going on right now.  And it is our

18 expectation that there can be some resolution of that, which I

19 don't know whether it'll be necessary to involve the court's

20 approval, but it'll certainly be advanced enough so that

21 they'll be less uncertainty about that element in the plan.

22 The -- the U.S. Trustee included in their objection, a concern

23 about whether the City had committed to the provision of the

24 plan, which provides that the debtor -- I'm sorry -- the Bank,

25 the new tenant, and the City will share equally of expenses

**EAST BROADWAY MALL, INC.**

24

1  necessary to achieve consummation of the plan, and we have

2  clarified on behalf of the City, that the City has committed to

3  that.  The mechanism of that will be out of the initial payment

4  that's to come from the new tenant to the City.  Those funds

5  would be made available for that purpose and of course, the new

6  tenant would get, as it were, credit against the payment that's

7  going to the City for those purposes.  So it should be that

8  that money -- it'll be clear that -- that those funds will be

9  available.

10  THE COURT:  Okay.  Yeah, the -- the finance piece that

11  you just talked about was the last piece that I wanted to hear

12  about so you anticipated the question I would have asked.  I

13  think that's a good recap.  I'm going to ask you the -- a

14  question you probably can't answer, which is how long will it

15  take for all these things to happen and then relatedly, at what

16  point in these ongoing City process -- processes, do you think

17  it's sufficiently reliable to go forward with (a) the

18  disclosure statement hearing and (b) confirmation?

19  MR. KASS:  Well, I think the disclosure statement can

20  be, and should be, if Your Honor can accommodate it, can go

21  forward on one of the dates that you mentioned as being

22  available.  So I think that would be the best way to approach

23  it.  I think an answer to your first question, what is the

24  timing?  The timing, as I say, is the community board,

25  hopefully, will be available next week, the bureau board, it's

**EAST BROADWAY MALL, INC.**

25

1   my understanding and maybe Mindy -- Ms. Koenig can correct me

2   if I misstate it, but it's my understanding that there is a

3   meeting in August -- or maybe it's July, I apologize, but it's

4   not far off.  If we don't manage to get it on the bureau board

5   docket for that window -- I think they skip a month and then

6   the next one would be in April -- I'm sorry, in --

7           MS. KOENIG:  September.

8           MR. KASS:  -- in September.

9           THE COURT:  Okay.  Ms. Koenig's nodding, so --

10          MS. KOENIG:  Yes.

11          THE COURT:  -- that's fine.  And I mean, I'm not

12  ruling on this, but I would guess that if you've got a baked --

13  a fully baked deal, subject to those community board and bureau

14  board hearing processes and approvals, that could be a

15  condition subsequent to -- that could even be a post-

16  confirmation matter -- I'm guessing, I don't know, that's --

17          MR. KASS:  Yeah, I --

18          THE COURT:  -- subject to everybody's input.

19          MR. KASS:  I think that -- Your Honor, again, if we

20  can?  Yes, I think that would be perfectly doable.  It has

21  happened a couple of times in cases that the City has been

22  involved with.  This is certainly a unique situation, but we

23  have requested of bankruptcy court that in all the

24  circumstances, that the bankruptcy process go forward and then

25  make it subject a contingent -- subsequent that the necessary

**EAST BROADWAY MALL, INC.**

26

1   city, state, or other government clearances are obtained while

2   those --

3            THE COURT:  Right -- Okay.

4            MR. KASS:  So that certainly works.

5            THE COURT:  Okay, got it.  And as far as you know, Mr.

6   Kass, the City is comfortable with identity of the tenant being

7   advanced and the basic structure of the plan?

8            MR. KASS:  Yes, very much so.

9            THE COURT:  Okay.

10           MR. KASS:  We have -- the City and its business people

11  have had a continuing conversation with the proposed tenant.

12  And its business people and the lawyers have been in touch with

13  Mr. Soong, who's been extremely cooperative and helpful and

14  committed to moving things along on his side of the -- of the

15  fence, and it's been very helpful.

16           THE COURT:  Okay.

17           MR. KASS:  So the --

18           THE COURT:  That's --

19           MR. KASS:  He is --

20           THE COURT:  That's great.

21           MR. KASS:  -- is very supportive at this point.

22           THE COURT:  Okay.  So I think that's a pretty thorough

23  recap from the City.  Just making sure, Mr. Kass, anything else

24  you want to add?  I think that's a pretty complete report.

25           MR. KASS:  No, Your Honor.  Thank you for your

**EAST BROADWAY MALL, INC.**

27

1   indulgence.

2          THE COURT:  Your welcome.  Not -- it's not indulgence,

3   it was helpful -- very helpful to hear about it.

4          Okay, let me come back to Mr. Sullivan and just ask

5   you to add any information or any other points you want to

6   raise.

7          MR. SULLIVAN:  Yeah, that -- I think that the primary

8   points and main points that I thought Your Honor would be

9   concerned about, the remaining points, I believe, is just

10  trying to address any remaining objections from the U.S.

11  Trustee's office.  I did my best to address as many as I could

12  in the pleading we filed yesterday --

13         THE COURT:  Right.

14         MR. SULLIVAN:  -- and I guess I might throw ball if it

15  would be -- if it wouldn't be too forward to throw to Bruh's

16  court, to just kind of hear from him as to which --

17         THE COURT:  Yeah, but I think -- I think that's fine.

18  Let me just -- yeah, let's just say -- oh, sorry did you

19  want -- I'm sorry to cut you off, Mr. Sullivan.  Did you want

20  to raise particular things you were hoping to hear about?

21         MR. SULLIVAN:  I'm wanting to hear whether or not --

22         THE COURT:  From Mr. Bruh?

23         MR. SULLIVAN:  I  guess I first wanted to hear whether

24  or not the changes that (indiscernible) addressed any of the

25  concerns that Mr. Bruh raised in his objection, and hopefully

1  they have.  And then -- and then secondly, I guess I'd like to

2  see where we stand in terms of any remaining objections so at

3  least we can sort of figure out a path forward.

4       THE COURT:  I got it.  Okay.

5       So Mr. Bruh, I'm going to come back to you.  Let me

6  say -- acknowledge that you're being asked questions about

7  information that just became available to you somewhere between

8  11:30 last night and real time during the hearing, so you're --

9       MR. SULLIVAN:  Well, we could -- we could actually --

10  we did actually share it with him a little bit earlier than

11  that, it was still yesterday, but it was --

12       THE COURT:  Ah-hah.  Okay.  So it became visible to me

13  then, I don't what your conversation's been.  Bottomline, Mr.

14  Bruh, I just don't want to unfairly put you on the spot and

15  demand definitive answers to the extent that's not possible,

16  but why don't you let us know, sort of where the U.S. Trustee's

17  office is in light of these new developments?

18       MR. BRUH:  Thank you, Your Honor.  Mark Bruh for the

19  United State Trustee.  Subsequent to the filing of our

20  objection, I did reach out to Mr. Sullivan and Mr. Kass to have

21  a conversation, which we did last week, to go over the points

22  in our objection.  And I think the objection could be broken

23  down to a -- kind of three categories that I would call like

24  the low hanging fruit, which is the late filed claims,

25  reporting duties, and payments of the statutory fees, which is

**EAST BROADWAY MALL, INC.**

29

1   reflected in the redline disclosure statement and plan that was

2   filed.  And that seems to take care of those objections.

3         I would point out, I did have an opportunity this

4   morning to look at the final decree and there seems to be some

5   contradiction as to who will be submitting it.  In one

6   paragraph, it's the debtor and in one paragraph, it's the plan

7   administrator.  I think which would be duty of the plan

8   administrator, and that should be clarified as well.  But

9   those -- those are the easy things, Your Honor.

10        Then there was some issues to be clarified and the

11  City did say that they would be contributing a one-third share,

12  along with the Bank and the approved new tenant to pay the

13  administrative and tax claims.  We're pleased to hear that

14  because that would -- that would resolve an objection as to the

15  financing of the plan.  I guess my concern would be that the

16  plan in this amendment doesn't state that.  I know Mr. Kass has

17  told me that and stated it in his objection to our -- reply to

18  our objection, so perhaps that can just be clarified in the

19  disclosure statement, then plan, as well.

20        THE COURT:  Yeah.  Let me -- let me jump in before I

21  lose that thought, Mr. Bruh, and just say -- I mean, so far

22  nothing has bumped me off the idea that I should push this

23  hearing out modestly, so -- a small amount so that momentum

24  isn't lost, but enough to fix things and I think that issue you

25  raised is important and should and can be nailed down in that

**EAST BROADWAY MALL, INC.**

30

1   time frame and so that we can have, possibly, a further amended

2   disclosure statement that eliminates that uncertainty.

3         It sounds like orally we're there, so that's going to

4   be -- I think the debtor would like to just submit that post-

5   hearing with a -- with a language tweak, but I'd feel better

6   laying eyes on before I bless the whole enterprise or -- or

7   before we do it on an order basis.  That's also just better --

8   more in keeping with letting interested people have notice of

9   what's happening before last minute tweaks going into an order.

10  Okay?

11        Does that make sense to you, Mr. Bruh?

12        MR. BRUH:  Yes, that's fine, Your Honor.  I -- like I

13  said, I appreciate the clarification by Mr. Kass, as well as

14  Mr. Sullivan, regarding these issues.  I would point out, I'm

15  just a little unclear as to when the Bank will be paid -- I

16  mean, not the Bank, excuse me, the City will be paid?  I know

17  the Bank will be paid -- there's a paragraph regarding it.  The

18  City is like sometime in the future.  So if that could also be

19  hammered down in any sort of amendment to provide clarity

20  because obviously, the Bank is going to be funding payments of

21  claims in the case and I just want to make sure we don't have

22  an issue of not paying the taxing authorities under those

23  statutory scheme of five years from the order of relief in this

24  case.

25        THE COURT:  Okay.

**EAST BROADWAY MALL, INC.**

31

1         MR. BRUH:  Because (indiscernible).

2         THE COURT:  So -- thank you.  Yeah, I would just say,

3    it's good for you to raise them -- you're punch list items now

4    and then I would hope and expect you and the Bank team, can --

5    can hash these through and come up with ways to address and fix

6    your concerns like this.  They sound sort of largely

7    informational or maybe points that require buttoning down deal

8    terms, just so that we have definiteness looking ahead.

9         MR. BRUH:  Your Honor, just two final points as our

10   remaining objections, and this is where I -- we were at an

11   impasse with Mr. Sullivan and his client and I don't know if

12   that's a disclosure statement or a plan issue, at least with

13   respect to exculpation, it is, but we have a difference of

14   opinion as to what is a proper exculpation clause --

15        THE COURT:  Yep.

16        MR. BRUH:  -- in this case.  And we also have a

17   difference of opinion regarding the payment to the Bank and we

18   believe it should be a 503(b) claim because it's -- and there

19   should be a proper application put before the court.

20        THE COURT:  Okay, got it.

21        MR. BRUH:  And if you want an argument today on that

22   or we can punt that to the 29th or some other date when we're

23   happy to have further discussions with Mr. Sullivan regarding

24   it, but that -- I think those two issues on our side and I

25   think with Mr. Sullivan, would be the elephant in the room to

**EAST BROADWAY MALL, INC.**

1    finally getting this plan to the -- across the finish line.

2         THE COURT:  Okay, well talk -- I would say, again,

3    talk it through promptly as -- in a run up to and resumed

4    hearing date.  I will say if -- I haven't -- if we were doing

5    full argument, I would ask you if the exculpation objection is

6    just of the sort that the U.S. Trustee brings as a programmatic

7    positional matter, that it's not limited to fiduciaries.  I did

8    see it -- it seems to be limited to the conduct of the case and

9    its confined to conduct between -- I believe it's the petition

10   date and the effective date of the plan so it doesn't have

11   after effect.

12        If it's just the fact that it might apply to persons

13   beyond fiduciaries, I have ruled on that.  I am comfortable

14   hearing that at a renewed hearing and I think, as you know, I

15   generally have not sustained the Trustee's objection on those

16   issues, right?  So if there are other issues beyond the sort of

17   programmatic consistency position the Trustee raises, let me

18   know.  Is there anything more than beyond that sort of issue?

19        MR. BRUH:  We -- with respect to the temporal scope,

20   it is included there, that was not an objection raised by the

21   United States Trustee, the fiduciaries were.  There's some

22   overly broad terms as to the administration process as opposed

23   to actual plan confirmation, track 1125, we have a difference

24   of opinion regarding the inclusion of a citation to the New

25   York Rules of Professional Conduct, Rule 1.8, which I believe

**EAST BROADWAY MALL, INC.**

33

1  Your Honor has approved in plans in the past and other judges

2  in this court, and we would just ask to have that.

3          THE COURT:  Okay.

4          MR. BRUH:  We did ask -- just two more bullet points,

5  Your Honor, so the court can know what's on our radar and what

6  I did discuss with Mr. Sullivan, would be a governmental carve

7  out, to the extent that we butt heads on that, I think that if

8  you carve out criminal acts, that would be satisfactory and

9  then we believe that advice of counsel is an affirmative

10 defense, which would not be in the exculpation clause.

11 There -- all these points were in our objection and as Your

12 Honor did state, they're rather routine by the Unites States

13 Trustee.

14         THE COURT:  Okay.  So let me -- here's what I would

15 say with regard to that.

16         Mr. Sullivan, you don't have to argue it, I'm just

17 going to give you some guidance and it's going to boil down to

18 talk among yourselves, agree to as much as you can, and then

19 I'll hear argument with respect to anything that remains.  I

20 haven't fully -- I'm not ruling, I will say I have not adopted

21 what I think is an incorrectly narrow assessment of the

22 permissible range of parties who can be covered by exculpation

23 clauses and/or maybe scope of activities, and so that's a fight

24 that I know the U.S. Trustee's office needs to wage as a matter

25 of national policy, but I'm not -- prior rulings, I haven't

**EAST BROADWAY MALL, INC.**

34

1   fully endorse their view.  That's not to say it's completely

2   wrong, and I have -- I'm not up to speed enough to say whether

3   there's something that I think is overbroad with the

4   exculpation language here, but that's just something I'll be

5   ready to rule on.  See if you can narrow your gaps.

6          I do -- I am accustomed to seeing exceptions to

7   exculpation for violation of ethical rules.  I'm not sure about

8   the particular wording or provision invoked, that's

9   certainly -- if that's acceptable to the plan proponents, that

10  gives me comfort, otherwise I have to think pretty hard about

11  that because I am certainly used to seeing that and I'm not

12  sure what the basis is to exculpate unethical conduct by

13  attorneys, but if you want to push on that, I'll consider it.

14         I think same goes for the government -- I think what

15  Mr. Bruh called the government carve out or the criminal act

16  carve out.  I'll just see where you get on that and I'll rule

17  if I need to after hearing from you.

18         I'm not going to touch the advice of counsel issue he

19  raised because I don't have formed -- well-formed thoughts on

20  that, so I will stand -- so just stand by.

21         I think all of these sound to me like things that can

22  be litigated and the parties probably can live with whatever

23  answer I give you ultimately, so I think that's all we need to

24  do now.

25         And then, let me say also, Mr. Bruh, you mentioned

**EAST BROADWAY MALL, INC.**

35

1  that your view or Trustee's office's view that payment to the

2  Bank should be treated as a 503(b) claim and I'll just -- I'm

3  not going to sort of comment on that because I'm not ready to,

4  so I'll just see where you get on that.  Okay?

5       Any other issues that you think should be raised, Mr.

6  Bruh?

7       MR. BRUH:  I would just say thank you for the

8  indulgence, Your Honor, for letting us preview this.  I feel I

9  put everything in the objection, I think these are the issues,

10  I think all the parties are aware of the issues, and if we --

11  Mr. Sullivan and I can resolve it beforehand, I think we'll

12  both -- like Your Honor said, we'll let the court decide.

13       THE COURT:  Okay, that's fine.  And I -- so it seems

14  to me that -- again, I'll say that was -- thanking me is

15  definitely not needed, I mean, I think it's very productive to

16  get everyone together to get on my -- call to my attention what

17  the issues are and let everyone hear each other and if I have

18  any reactions that might be helpful, I can give them, but if

19  nothing else, we're talking.

20       Okay.  And, Mr. Bruh, does it make sense to push the

21  hearing back a little from your point of view just to permit

22  further progress as well?

23       MR. BRUH:  We have no objection to that.  I think --

24  I'm sure Mr. Sullivan and Mr. Kass would probably want the

25  earlier date than the later date.  I'm available --

**eScribers, LLC**

**EAST BROADWAY MALL, INC.**

36

1　　　　　THE COURT:  Yeah, my -- my clerk just gave me a

2  note -- my staff just gave me a note saying use 7/6, 29th is

3  busy.

4　　　　　MR. BRUH:  Oh.

5　　　　　THE COURT:  So I think you can -- you can get a date.

6  I do continue to think there's so many moving pieces that it's

7  going to be better to push back.  I will say it sounds --

8  having heard from Mr. Bruh in some detail, that the -- you're

9  very close to having something that meets their concerns about

10  just quantity of information, description of the deal, nailing

11  down deal terms, and describing financing terms and

12  commitments, including resolution with the City.  I think that

13  should be disclosed up front in a disclosure statement because

14  I think creditors really -- and anybody else following the

15  case, just need to understand what the deal is and right now I

16  think the papers are a little shy of achieving that, but it

17  sounds like you're on the cusp of being there.  So I think

18  we'll -- I think we'll probably be okay.

19　　　　　Mr. Sullivan, I will give you a chance to push back if

20  you think -- or Mr. Soong, for that matter, the two deal

21  proponents.  I'm sensitive that I'm yet another agent of delay

22  in you doing what you want to do.  Although it sounds like

23  maybe with the City process, this will end up not actually

24  costing you time, but -- so what do you -- what do you want to

25  say, if anything, further, Mr. Sullivan?

1            Or go ahead, Mr. Soong, yeah.

2            MR. SOONG:  Yeah, this will be quick.  I did want to

3    confirm everything that Mr. Kass has said about the procedures

4    that are going on with my client and the City.  There is a

5    community board meeting that is scheduled for next week, I

6    think on a Tuesday.  I also just wanted to add that I have

7    committed to continue to work with all the City attorneys to

8    make sure that the process, which is still a little foggy to

9    me, but that the City process for approval kind of goes

10   smoothly.  So I've gotten to know them better than I thought I

11   would, but we will -- I will do everything I can to make sure

12   that we get through the process.  I just wanted to mention

13   that.

14           As far as the dates, Your Honor.  I -- I can be

15   available on the 6th for a little bit of time in the morning.

16   The 13th is actually a better date, but if -- if the parties

17   really want the 6th, then of course I'll go along, I'll just --

18   I'm just traveling that day, but I can probably make -- I can

19   probably be available whenever you schedule it.

20           THE COURT:  Okay.  Let me just say, you can -- so I

21   have a deal with my deputy who runs my calendar, that she's in

22   charge and I don't -- I don't fully commit to anything, so you

23   can quickly canvas among yourselves, pick an agreeable date --

24   yeah, I -- yeah, I'm -- I happen to be out the 13th, so I have

25   some time earlier that week, but bottom line, talk among

**EAST BROADWAY MALL, INC.**

38

1  yourselves and propose some mutually agreeable dates.  It looks

2  like the 6th would work, but if people prefer another date, I

3  can try to make that happen.  Just let us know what you're

4  looking for.  I'm assuming -- yeah, the 11th is the next

5  available, viable date, I'm told.  So I am assuming and trying

6  to be responsive to the hurry that the Bank of Hope says it's

7  in, but if you end up wanting to take longer, that's okay as

8  well.  Just let me -- figure out what date you want and confirm

9  with Ms. Calderon, and then I'll ask you to just notice a

10 continuation of the hearing for then, okay?

11         All right, anything else, Mr. --

12         MR. SOONG:  Just throwing out there, it terms of that

13 date, the 6th then is probably better than the 11th, so --

14         THE COURT:  Okay.

15         MR. SOONG:  -- if that provides any comfort to

16 everybody.

17         THE COURT:  Okay, so just mutually confirm and then

18 contact Ms. Calderon and line up the 6th, and if you -- let's

19 see, I have a 10 o'clock existing calendar that isn't very

20 heavy, so you can be on that, but I can also give you a

21 individual time later in the day if you prefer, so just let us

22 know.  Yeah, I don't even -- I don't like to be in the weed, so

23 you guys -- you all just work out whatever your proposal is,

24 but I -- I'm just letting you know whatever your time

25 preference is on the 6th can be accommodated, okay?

**EAST BROADWAY MALL, INC.**

39

1        Anything else, Mr. Soong, substantively?

2        Okay, I'm going to reiterate it's great to have you

3   here and see an actual, viable respective partner who's going

4   to put this facility to use and get it in order.

5        Okay, Mr. Sullivan, anything more you want to add?

6        MR. SULLIVAN:  I think we covered all the main points,

7   Your Honor, and hopefully I'll be able to work out as many of

8   the remaining points with Mr. Bruh prior to the next hearing.

9        THE COURT:  Okay, and anything else anybody else wants

10   to add?  Okay, I see Ms. Keenan shook her no.  I'm sensitive to

11   your plight here in the case and your client's plight, but I

12   think that it kind of is what it is at this point.

13        Okay, so let me just recap where -- what we're going

14   to do.  I'll leave it to Bank of Hope to contact Ms. Calderon,

15   email's fine, just to firm up whatever time you want on the 6th

16   or otherwise and then file a notice of continuation of the

17   hearing, specifically on the Bank of Hope's motion for approval

18   of its disclosure statement.  I'll encourage you to talk to all

19   the parties now, really, as soon as possible to nail down the

20   moving pieces and probably  I would encourage filing a further

21   amendment that would address the objections raised.  Meanwhile,

22   chambers will independently generate a simple order denying

23   debtor's competing motion to approve its disclosure statement

24   and belated plan and Mr. Bruh is going to provide me with a

25   simple proposed order denying the U.S. Trustee motion to

**EAST BROADWAY MALL, INC.**

40

1  convert, without prejudice to reinstatement, accompanied by

2  supplemental briefing if the U.S. Trustee's office determines.

3        And that's it.  Finally, let me just ask or direct

4  that you all order the transcript.  There's been a lot of

5  substance today that is going to be helpful and should be

6  memorialized.  I'll leave it to you to figure out if you want

7  to do a cost split or who's going to take charge of that, but

8  somebody needs to order the transcript, okay?

9        I'll say, unless -- unless there's agreement

10  otherwise, I'll stick the Bank of Hope with the tab on that, I

11  guess, okay?  So let's leave it at that.

12        Okay, I think that's all we need to do today.  Anyone

13  have anything else?

14        All right, hearing nothing, thank you very much.  Good

15  luck buttoning this all down.  Congrats on the progress and I

16  will be seeing you soon.  Take care.

17        MR. SOONG:  Thank you, Your Honor.

18        MR. BRUH:  Thank you.

19        MR. KASS:  Thank you, Your Honor

20     (Whereupon these proceedings were concluded)

21

22

23

24

25

41

1

2                         C E R T I F I C A T I O N

3

4    I, Sabrina Vincent, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6

7

8    *Sabrina Vincent*

9    _____

10   Sabrina Vincent

11

12   eScribers

13   7227 North 16th Street, Suite #207

14   Phoenix, AZ 85020

15

16   Date:  June 15, 2023

17

18

19

20

21

22

23

24

25

## [

**[Suu-ng] (4)**
16:4,8,9,10

## A

**ability (2)**
8:17;12:2
**able (2)**
17:3;39:7
**acceptable (1)**
34:9
**accommodate (1)**
24:20
**accommodated (1)**
38:25
**accompanied (2)**
12:15;40:1
**account (1)**
18:15
**accustomed (1)**
34:6
**achieve (1)**
24:1
**achieving (1)**
36:16
**acknowledge (1)**
28:6
**acronym (1)**
22:17
**across (1)**
32:1
**act (1)**
34:15
**active (1)**
8:5
**activities (1)**
33:23
**acts (1)**
33:8
**actual (3)**
21:6;32:23;39:3
**actually (7)**
7:10;16:21;17:15;
28:9,10;36:23;37:16
**add (5)**
26:24;27:5;37:6;
39:5,10
**address (9)**
10:23;16:19;17:1,
24;23:13;27:10,11;
31:5;39:21
**addressed (2)**
22:11;27:24
**addressing (1)**
12:16
**adhere (1)**
15:5
**adjourn (1)**
10:2
**administration (1)**

32:22
**administrative (1)**
29:13
**administrator (2)**
29:7,8
**adopted (1)**
33:20
**advanced (2)**
23:20;26:7
**advice (2)**
33:9;34:18
**affirmative (2)**
15:4;33:9
**again (6)**
9:1;16:5;22:25;
25:19;32:2;35:14
**against (1)**
24:6
**agent (1)**
36:21
**ago (2)**
8:23;18:19
**agree (2)**
20:6;33:18
**agreeable (2)**
37:23;38:1
**agreement (4)**
15:14;18:13,15;
40:9
**ahead (7)**
7:10;18:6;20:15;
21:13,17;31:8;37:1
**Ah-hah (1)**
28:12
**aimed (1)**
9:7
**air (2)**
14:5;18:7
**alert (1)**
13:22
**allow (3)**
12:4,6,7
**allows (1)**
11:23
**along (3)**
26:14;29:12;37:17
**although (2)**
8:25;36:22
**always (1)**
21:17
**ambition (1)**
20:8
**amended (5)**
8:15;16:23;17:6;
21:3;30:1
**amendment (1)**
29:16;30:19;39:21
**among (3)**
33:18;37:23,25
**amount (1)**
29:23
**and/or (1)**
33:23

**anticipated (1)**
24:12
**apologize (2)**
21:14;25:3
**apparently (1)**
23:16
**appearances (1)**
7:10
**appearing (1)**
7:23
**appears (1)**
14:25
**application (1)**
31:19
**apply (1)**
32:12
**appreciate (2)**
21:18;30:13
**approach (2)**
10:14;24:22
**appropriate (1)**
23:3
**approval (5)**
7:7;21:2;23:20;
37:9;39:17
**approvals (3)**
22:7;23:7;25:14
**approve (3)**
9:20;15:7;39:23
**approved (2)**
29:12;33:1
**April (1)**
25:6
**argue (1)**
33:16
**argument (3)**
31:21;32:5;33:19
**around (3)**
7:5;20:5,10
**arrearages (1)**
20:21
**ARTHUR (2)**
6:8;8:7
**assessment (1)**
33:21
**assist (1)**
14:18
**assuming (2)**
38:4,5
**attached (1)**
21:2
**attempt (1)**
23:2
**attention (1)**
35:16
**attorney (1)**
8:7
**Attorneys (5)**
5:3,12;6:3;34:13;
37:7
**audio (3)**
8:4;11:15;21:10
**August (3)**

9:18;15:2;25:3
**authorities (1)**
30:22
**auto- (1)**
18:24
**available (11)**
19:25;20:5;24:5,9,
22,25;28:7;35:25;
37:15,19;38:5
**awaiting (1)**
10:20
**aware (1)**
35:10
**away (1)**
19:24

## B

**back (7)**
11:6;20:3;27:4;
28:5;35:21;36:7,19
**backed (1)**
15:12
**bad (1)**
13:6
**baked (2)**
25:12,13
**ball (2)**
8:20;27:14
**balls (1)**
18:7
**bandwidth (3)**
11:21;13:8;19:21
**Bank (23)**
5:3;7:8,15,17;8:16;
9:22;10:3,11;14:10;
15:25;23:24;29:12;
30:15,16,17,20;31:4,
17;35:2;38:6;39:14,
17;40:10
**bankruptcy (3)**
13:14;25:23,24
**based (3)**
8:23,24;9:1
**basic (1)**
26:7
**basically (1)**
14:15
**basis (3)**
15:13;30:7;34:12
**batch (1)**
10:21
**beautiful (1)**
13:14
**became (2)**
28:7,12
**beforehand (1)**
35:11
**behalf (2)**
8:1;24:2
**behind (2)**
8:25;11:9
**belated (1)**

9:24
**benefit (1)**
13:12
**best (4)**
8:17,19;24:22;
27:11
**better (8)**
17:19;21:4;30:5,7;
36:7;37:10,16;38:13
**beyond (3)**
32:13,16,18
**bit (4)**
11:24;21:4;28:10;
37:15
**blazing (1)**
18:6
**bless (1)**
30:6
**board (10)**
22:14,23,23,24;
24:24,25;25:4,13,14;
37:5
**bog (1)**
20:7
**boil (1)**
33:17
**both (3)**
21:10;22:24;35:12
**bottom (1)**
37:25
**Bottomline (1)**
28:13
**Bowling (1)**
5:13
**breaking (1)**
8:12
**breather (1)**
17:19
**bridge (1)**
9:2
**briefing (2)**
9:6;40:2
**brings (1)**
32:6
**broad (1)**
32:22
**Broadway (4)**
6:4;7:3;8:8;16:2
**broken (1)**
28:22
**BRUH (48)**
5:17;7:20,20;9:5,
10;11:2,4,4,18,20,23;
12:1,3,18,24;13:1,4,5,
8,11,18,22;27:22,25;
28:5,14,18,18;29:21;
30:11,12;31:1,9,16,
21;32:19;33:4;34:15,
25;35:6,7,20,23;36:4,
8;39:8,24;40:18
**Bruh's (1)**
27:15
**bullet (1)**

19-12280-dsj    Doc 182    Filed 06/15/23    Entered 06/21/23 15:19:22    Main Document
In the Matter of: EAST BROADWAY MALL, INC.    Pg 43 of 50

June 14, 2023

33:4
**bumped (1)**
    29:22
**bureau (4)**
    22:24;24:25;25:4,
    13
**business (2)**
    26:10,12
**busy (1)**
    36:3
**butt (1)**
    33:7
**buttoning (2)**
    31:7;40:15

**C**

**Calderon (4)**
    20:6;38:9,18;39:14
**calendar (2)**
    37:21;38:19
**calendared (1)**
    7:4
**call (5)**
    8:15;15:6;18:11;
    28:23;35:16
**called (1)**
    34:15
**came (1)**
    9:25
**camera (1)**
    8:3
**can (54)**
    10:23;11:21,24;
    12:18,19,22;13:1,2;
    14:18;15:14;17:11,
    17,20,24;18:10;21:19,
    19;22:5;23:3,4,10,18;
    24:19,20,20;25:1,20;
    28:3;29:18,25;30:1;
    31:4,5,22;33:5,18,22;
    34:5,21,22;35:11,18,
    36:5,5;37:11,14,18,
    18,20,23;38:3,20,20,
    25
**canvas (1)**
    37:23
**care (2)**
    29:2;40:16
**carrying (1)**
    17:11
**carve (4)**
    33:6,8;34:15,16
**case (14)**
    7:6;9:7;11:7;12:13,
    16;17:23;20:7,9;
    30:21,24;31:16;32:8;
    36:15;39:11
**cases (1)**
    25:21
**categories (1)**
    28:23
**certainly (6)**

17:22;23:20;25:22;
26:4;34:9,11
**chambers (1)**
    39:22
**chance (4)**
    9:10,11;18:19;
    36:19
**change (1)**
    12:7
**changed (1)**
    11:7
**changes (5)**
    10:14,17,21;12:18;
    27:24
**Chapter (1)**
    7:6
**charge (2)**
    37:22;40:7
**circumstances (2)**
    9:9;25:24
**citation (1)**
    32:24
**City (29)**
    8:1;14:10;20:18,21,
    25;22:4,5;23:3,13,23,
    25;24:2,2,4,7,16;
    25:21;26:1,6,10,23;
    29:11;30:16,18;
    36:12,23;37:4,7,9
**City's (1)**
    21:23
**claim (3)**
    23:16;31:18;35:2
**claims (3)**
    28:24;29:13;30:21
**clarification (1)**
    30:13
**clarified (4)**
    24:2;29:8,10,18
**clarity (1)**
    30:19
**clause (2)**
    31:14;33:10
**clauses (1)**
    33:23
**cleaner (1)**
    17:15
**clear (2)**
    9:23;24:8
**clearances (1)**
    26:1
**clearly (1)**
    13:1
**clerk (1)**
    36:1
**client (2)**
    31:11;37:4
**client's (3)**
    15:3,5;39:11
**close (1)**
    36:9
**comfort (2)**
    34:10;38:15

**comfortable (4)**
    10:8;23:5;26:6;
    32:13
**coming (2)**
    8:18;10:2
**comment (2)**
    10:5;35:3
**commit (1)**
    37:22
**commitment (3)**
    9:17,17;15:1
**commitments (1)**
    36:12
**committed (5)**
    22:4;23:23;24:2;
    26:14;37:7
**community (9)**
    22:1,8,14,22,23;
    23:5;24:24;25:13;
    37:5
**compelling (1)**
    10:7
**competing (4)**
    7:7,7,8;39:23
**complete (2)**
    15:10;26:24
**completely (1)**
    15:3;34:1
**completion (1)**
    21:21
**compromise (1)**
    20:20
**computer (1)**
    18:24
**concern (3)**
    10:22;23:22;29:15
**concerned (4)**
    10:13;18:6;19:15;
    27:9
**concerning (1)**
    10:16
**concerns (8)**
    9:13;16:20;17:2,25;
    22:12;27:25;31:6;
    36:9
**concluded (1)**
    40:20
**condition (1)**
    25:15
**conditionally (1)**
    12:10
**conduct (4)**
    32:8,9,25;34:12
**conference (1)**
    19:24
**confined (1)**
    32:9
**confirm (3)**
    37:3;38:8,17
**confirmable (1)**
    9:14
**confirmation (3)**
    24:18;25:16;32:23

**confirming (1)**
    23:11
**Congrats (1)**
    40:15
**connection (2)**
    7:8;15:8
**consensus (1)**
    17:14
**consider (2)**
    9:4;34:13
**consistency (1)**
    32:17
**consummated (1)**
    22:9
**consummation (1)**
    24:1
**contact (2)**
    38:18;39:14
**contingent (1)**
    25:25
**continuances (1)**
    12:7
**continuation (2)**
    38:10;39:16
**continue (2)**
    36:6;37:7
**continuing (2)**
    21:14;26:11
**contradiction (1)**
    29:5
**contributing (1)**
    29:11
**contributor (1)**
    21:17
**conversation (3)**
    18:5;26:11;28:21
**conversation's (1)**
    28:13
**convert (7)**
    7:6;8:22;11:3;12:5,
    13;13:20;40:1
**cooperation (1)**
    22:3
**cooperative (1)**
    26:13
**correctly (1)**
    16:13
**cost (1)**
    40:7
**costing (1)**
    36:24
**counsel (3)**
    7:17;33:9;34:18
**count (1)**
    13:22
**counts (1)**
    22:17
**couple (3)**
    14:13;21:21;25:21
**coupled (2)**
    15:8,11
**course (2)**
    24:5;37:17

**COURT (83)**
    7:2,14,18,22;8:2,9,
    11;11:12,15,19,22,23,
    25;12:3,25;13:2,5,10,
    12,19;14:20,23;15:21,
    23;16:4,10;17:8,10;
    18:2,4,20,22;19:3,21;
    20:5,15,20;21:9,13,
    16;22:2,13,16,21;
    23:10;24:10;25:9,11,
    18,23;26:3,5,9,16,18,
    20,22;27:2,13,16,17,
    22;28:4,12;29:20;
    30:25;31:2,15,19,20;
    32:2;33:2,3,5,14;
    35:12,13;36:1,5;
    37:20;38:14,17;39:9
**courthouse (3)**
    11:20;13:9,14
**courtroom (1)**
    18:23
**court's (1)**
    23:19
**covered (2)**
    33:22;39:6
**credit (1)**
    24:6
**creditor (1)**
    10:19
**creditors (1)**
    36:14
**criminal (2)**
    33:8;34:15
**crisis (1)**
    20:12
**current (2)**
    9:7,9;15:12,12
**cusp (1)**
    36:17
**cut (1)**
    27:19

**D**

**date (17)**
    17:11,20;19:25;
    20:5;31:22;32:4,10,
    10;35:25,25;36:5;
    37:16,23;38:2,5,8,13
**dates (4)**
    20:3;24:21;37:14;
    38:1
**day (2)**
    37:18;38:21
**deal (7)**
    25:13;31:7;36:10,
    11,15,20;37:21
**dealt (1)**
    12:21
**debtor (12)**
    7:9,13;8:25;10:5;
    11:9;14:7,8,17;15:14;
    23:24;29:6;30:4

19-12280-dsj    Doc 182    Filed 06/15/23    Entered 06/21/23 15:19:22    Main Document
In the Matter of: EAST BROADWAY MALL, INC. 44 of 50

June 14, 2023

debtors (3)
7:12;8:13;9:13
debtor's (5)
9:20;13:25;14:24;
15:7;39:23
decide (1)
35:12
decision (1)
18:6
decree (1)
29:4
defense (1)
33:10
deficiency (1)
8:25
definitely (2)
18:4;35:15
definiteness (1)
31:8
definitive (1)
28:15
delay (3)
19:20,24;36:21
delays (1)
19:19
delighted (1)
16:1
demand (1)
28:15
demonstrate (1)
15:4
demonstrates (1)
22:1
denied (3)
11:16;12:1;15:9
deny (3)
11:13,13;12:12
denying (3)
9:4;39:22,25
DEPARTMENT (2)
5:11;23:15
deposit (3)
18:13;19:15;21:25
deputy (1)
37:21
describing (1)
36:11
description (1)
36:10
desire (5)
15:3;17:1,5,23;19:5
detail (1)
36:8
determine (1)
15:13
determines (1)
40:2
development (4)
19:4,14,16;21:23
developments (2)
8:12;28:17
difference (3)
31:13,17;32:23

direct (1)
40:3
disclosed (1)
36:13
disclosure (24)
7:7;8:14,16;9:12,
20,22;10:3;13:25;
14:11;15:8;16:1,21,
22,23;21:3;24:18,19;
29:1,19;30:2;31:12;
36:13;39:18,23
discretion (1)
12:14
discuss (2)
17:12;33:6
discussion (1)
17:3
discussions (2)
23:14;31:23
dissuade (1)
14:3
distortion (1)
19:22
doable (1)
25:20
dock- (1)
18:23
Docket (4)
14:25;18:18,23;
25:5
documentation (1)
15:2
dollar (1)
21:25
dollars (2)
18:14;19:15
done (1)
23:9
down (13)
15:25;16:17,17;
19:6;20:7;28:23;
29:25;30:19;31:7;
33:17;36:11;39:19;
40:15
due (1)
11:8
during (1)
28:8
duties (1)
28:25
duty (1)
29:7

E

earlier (4)
15:1;28:10;35:25;
37:25
early (1)
19:8
easier (1)
9:9
easiest (1)

9:9
East (3)
7:3;8:8;16:2
easy (1)
29:9
effect (2)
12:20;32:11
effective (1)
32:10
effort (2)
16:19;19:11
either (1)
17:25
element (1)
23:21
elephant (1)
31:25
eliminates (1)
30:2
else (12)
7:23;9:11;14:6;
18:1;26:23;35:19;
36:14;38:11;39:1,9,9;
40:13
email's (1)
39:15
embodied (1)
10:17
encourage (2)
39:18,20
end (3)
11:11;36:23;38:7
endorse (1)
34:1
enough (5)
9:2;10:18;23:20;
29:24;34:2
enter (1)
15:17
enterprise (1)
30:6
equally (1)
23:25
escrow (3)
18:13,14,15
ESQ (4)
5:7,8,17;6:8
ESQS (1)
6:2
ethical (1)
34:7
evaluation (1)
15:11
even (4)
18:21;23:5;25:15;
38:22
event (2)
22:9;23:7
events (3)
12:7,11;22:8
everybody (2)
8:19;38:16
everybody's (1)

25:18
everyone (4)
7:2;18:11;35:16,17
exactly (1)
16:16
exceptions (1)
34:6
exculpate (1)
34:12
exculpation (7)
31:13,14;32:5;
33:10,22;34:4,7
excuse (1)
30:16
execution (1)
19:20
existing (1)
38:19
expect (3)
7:23;12:11;31:4
expectation (2)
23:6,18
expected (1)
8:5
expenses (1)
23:25
experience (1)
12:4
expired (2)
9:17;15:1
extent (5)
10:13;17:24;19:18;
28:15;33:7
extremely (2)
19:3;26:13
eyes (1)
30:6

F

facility (1)
39:4
fact (2)
19:13;32:12
failure (2)
8:24;15:9
fairly (3)
20:24;23:8,9
far (6)
19:14;20:20;25:4;
26:5;29:21;37:14
favorite (1)
20:11
feedback (1)
23:3
feel (4)
9:1;17:18;30:5;
35:8
fees (1)
28:25
fence (1)
26:15
few (1)

11:16
fiduciaries (3)
32:7,13,21
fight (1)
33:23
figure (3)
28:3;38:8;40:6
file (5)
8:24;14:8;16:22;
19:8;39:16
filed (15)
8:16,23;14:10,13,
14;16:19,23,25;18:12,
18;19:5;23:10;27:12;
28:24;29:2
filing (3)
8:13;28:19;39:20
final (4)
18:5;19:6;29:4;
31:9
finalization (1)
23:7
finalize (1)
23:2
finalized (1)
19:14
finalizing (1)
19:12
finally (2)
32:1;40:3
Finance (2)
23:15;24:10
financing (6)
14:15;15:1,13;
20:21;29:15;36:11
finding (1)
21:6
fine (10)
8:4;11:25;13:2;
14:3;21:16;25:11;
27:17;30:12;35:13;
39:15
finish (1)
32:1
firm (1)
39:15
firm's (1)
18:14
first (6)
8:7,21;11:2;16:16;
24:23;27:23
five (1)
30:23
fix (3)
17:19;29:24;31:5
flexibility (1)
23:16
floor (1)
14:6
foggy (1)
37:8
folks (1)
13:12

19-12280-dsj    Doc 182    Filed 06/15/23    Entered 06/21/23 15:19:22    Main Document
In the Matter of: EAST BROADWAY MALL, INC. Pg 45 of 50

June 14, 2023

**following (2)**
10:24;36:14
**form (4)**
17:9;21:17,20,21
**format (2)**
23:2,8
**formed (1)**
34:19
**forth (1)**
20:22
**forward (17)**
9:19;11:12;15:15;
17:16,20;19:17,18;
20:21;21:25;22:3,7;
23:6;24:17,21;25:24;
27:15;28:3
**fourth (1)**
17:6
**frame (1)**
30:1
**frankly (1)**
10:8
**front (1)**
36:13
**fruit (1)**
28:24
**full (1)**
32:5
**fully (4)**
25:13;33:20;34:1;
37:22
**fundamental (1)**
10:21
**funding (1)**
30:20
**funds (2)**
24:4,8
**further (7)**
10:14;17:14;30:1;
31:23;35:22;36:25;
39:20
**future (3)**
17:11,20;30:18

**G**

**gaps (1)**
34:5
**gave (2)**
36:1,2
**general (1)**
14:5
**generally (1)**
32:15
**generate (2)**
15:18;39:22
**given (1)**
14:9
**gives (1)**
34:10
**God (1)**
22:20
**goes (3)**

13:21;34:14;37:9
**Good (12)**
7:2,20,25,25;8:6;
18:8;19:3,14;20:24;
24:13;31:3;40:14
**government (3)**
26:1;34:14,15
**governmental (1)**
33:6
**grant (2)**
9:8;12:7
**Great (10)**
7:14,18;8:9;9:24;
14:4,23;16:3;20:9;
26:20;39:2
**Green (1)**
5:13
**Group (1)**
8:8
**guess (9)**
10:24;18:5;20:17;
25:12;27:14,23;28:1;
29:15;40:11
**guessing (1)**
25:16
**guidance (1)**
33:17
**guns (1)**
20:2
**guys (2)**
16:8;38:23

**H**

**hammered (1)**
30:19
**hanging (1)**
28:24
**happen (5)**
21:24;22:8;24:15;
37:24;38:3
**happened (1)**
25:21
**happening (1)**
30:9
**happy (3)**
17:22;18:10;31:23
**hard (2)**
9:14;34:10
**hash (1)**
31:5
**head (1)**
14:4
**heads (1)**
33:7
**healed (1)**
14:17
**hear (19)**
8:2,19;10:11;11:10;
13:1,2,24;18:4;20:14,
17;24:11;27:3,16,20,
21,23;29:13;33:19;
35:17

**heard (2)**
16:15;36:8
**hearing (24)**
7:3;9:3;10:3;11:9;
12:11;13:21;15:7;
17:4,20;22:16;24:18;
25:14;28:8;29:23;
30:5;32:4,14,14;
34:17;35:21;38:10;
39:8,17;40:14
**hearings (1)**
23:4
**heavily (1)**
22:25
**heavy (1)**
38:20
**help (1)**
16:12
**helpful (6)**
26:13,15;27:3,3;
35:18;40:5
**here's (1)**
33:14
**hesitation (1)**
23:1
**hide (1)**
8:20
**historic (1)**
13:15
**Honor (37)**
7:20,25;8:6;11:4,5,
20;12:2,24;16:18;
17:21;18:1,12,17,19;
19:9;20:24;21:5,12,
18;23:13;24:20;
25:19;26:25;27:8;
28:18;29:9;30:12;
31:9;33:1,5,12;35:8,
12;37:14;39:7;40:17,
19
**Hope (11)**
5:3;7:9,15,17;8:16;
9:22;10:11;31:4;38:6;
39:14;40:10
**hopefully (6)**
22:1,10;23:5;24:25;
27:25;39:7
**Hope's (3)**
10:3;15:25;39:17
**hoping (1)**
27:20
**hurry (1)**
38:6

**I**

**idea (1)**
29:22
**identified (2)**
9:16;16:2
**identity (1)**
26:6
**impasse (1)**

31:11
**important (2)**
14:8;29:25
**impression (1)**
10:16
**inclination (1)**
10:2
**inclined (1)**
11:13
**included (1)**
23:22;32:20
**including (1)**
36:12
**inclusion (1)**
32:24
**incorporate (2)**
17:5;23:4
**incorrectly (1)**
33:21
**independently (1)**
39:22
**indicated (1)**
14:16
**indiscernible (5)**
10:13;13:11;19:20;
27:24;31:1
**individual (1)**
38:21
**indulgence (3)**
27:1,2;35:8
**ineptitude (1)**
21:15
**information (4)**
15:10;27:5;28:7;
36:10
**informational (1)**
31:7
**initial (3)**
8:18;14:3;24:3
**input (1)**
25:18
**intelligence (1)**
23:4
**intended (1)**
10:18
**interested (2)**
21:6;30:8
**into (3)**
17:5;18:14;30:9
**invitation (1)**
21:11
**invoked (1)**
34:8
**involve (2)**
22:22;23:19
**involved (1)**
25:22
**involvement (3)**
22:8,23,24
**ironed (1)**
21:22
**issue (9)**
11:21;13:8,16;

20:25;29:24;30:22;
31:12;32:18;34:18
**issues (17)**
10:25;11:6,7;14:14;
17:25;19:21;21:22;
23:12;29:10;30:14;
31:24;32:16,16;35:5,
9,10,17
**items (1)**
31:3

**J**

**JAMES (2)**
5:8;7:16
**joined (1)**
9:6
**joint (1)**
14:16
**Jones (1)**
7:2
**journey (1)**
14:18
**Judge (1)**
7:2
**judges (1)**
33:1
**judicial (1)**
19:24
**July (2)**
20:1;25:3
**jump (1)**
29:20
**June (2)**
18:15;20:1
**JUSTICE (1)**
5:11

**K**

**KASS (32)**
7:25;8:1,2;21:7,10,
12,13,14,16,18;22:15,
19,22;24:19;25:8,17,
19;26:4,6,8,10,17,19,
21,23,25;28:20;
29:16;30:13;35:24;
37:3;40:19
**KEENAN (9)**
7:13,13;14:1,7,21;
15:17,20,22;39:10
**keep (1)**
20:15
**keeping (1)**
30:8
**kicking (1)**
20:10
**kind (8)**
9:9;10:19;17:17;
20:13;27:16;28:23;
37:9;39:12
**knows (3)**
9:5;12:4;18:11

19-12280-dsj    Doc 182    Filed 06/15/23    Entered 06/21/23 15:19:22    Main Document
In the Matter of: EAST BROADWAY MALL, INC.   Pg 46 of 50

June 14, 2023

**Koenig (6)**
21:8,9,19;25:1,7,10
**Koenig's (1)**
25:9

## L

**landlord (1)**
15:15
**LANE (2)**
5:2;7:16
**language (3)**
18:15;30:5;34:4
**largely (2)**
8:23;31:6
**last (8)**
9:17;10:1,8;16:25;
24:11;28:8,21;30:9
**late (2)**
19:9;28:24
**late- (1)**
8:11
**later (3)**
12:13;35:25;38:21
**lawyers (1)**
26:12
**laying (1)**
30:6
**lead (1)**
10:25
**lease (6)**
21:1,7,20;23:2,2,8
**least (4)**
10:4;21:22;28:3;
31:12
**leave (4)**
9:5;39:14;40:6,11
**legs (1)**
11:11
**less (1)**
23:21
**letting (3)**
30:8;35:8;38:24
**life's (1)**
17:18
**light (3)**
13:23;17:1;28:17
**likely (1)**
10:5
**limited (4)**
14:14,24;32:7,8
**line (4)**
20:8;32:1;37:25;
38:18
**list (1)**
31:3
**literally (2)**
10:1;13:6
**litigated (1)**
34:22
**little (16)**
10:19;11:16,24;
15:18,18;18:18;

19:22,25;20:11;21:4;
28:10;30:15;35:21;
36:16;37:8,15
**LIU (1)**
6:2
**live (1)**
34:22
**LLP (1)**
5:2
**loan (1)**
9:16
**location (1)**
13:13
**locks (1)**
18:16
**long (3)**
19:20,23;24:14
**longer (1)**
38:7
**look (1)**
29:4
**looking (2)**
31:8;38:4
**looks (1)**
38:1
**lose (1)**
29:21
**lost (1)**
29:24
**lot (5)**
8:11;9:23,24;18:7;
40:4
**low (4)**
11:21;13:8,15;
28:24
**luck (1)**
40:15

## M

**main (2)**
27:8;39:6
**makes (1)**
12:19
**making (1)**
26:23
**MALATAK (1)**
5:7
**Mall (1)**
7:3
**manage (1)**
25:4
**managed (1)**
21:24
**many (9)**
7:11;9:25;17:2,18,
25;21:20;27:11;36:6;
39:7
**MARK (4)**
5:17;7:20;11:4;
28:18
**MARX (2)**
5:2;7:16

**matter (4)**
25:16;32:7;33:24;
36:20
**maybe (8)**
11:21;17:6;18:8;
25:1,3;31:7;33:23;
36:23
**mean (8)**
14:1;16:15;17:22;
19:23;25:11;29:21;
30:16;35:15
**Meanwhile (1)**
39:21
**mechanism (1)**
24:3
**meeting (2)**
25:3;37:5
**meets (1)**
36:9
**memorialize (1)**
15:23
**memorialized (2)**
14:12;40:6
**mention (1)**
37:12
**mentioned (2)**
24:21;34:25
**midnight (2)**
8:12;10:1
**might (5)**
11:11;17:5;27:14;
32:12;35:18
**million (3)**
18:13;19:15;21:25
**mind (2)**
9:10;20:2
**Mindy (1)**
25:1
**minute (3)**
10:8;13:7;30:9
**misstate (1)**
25:2
**MITTENDORF (2)**
5:2;7:17
**modestly (1)**
29:23
**modification (1)**
12:10
**modifications (4)**
17:1,4,12,14
**modified (1)**
8:15
**momentum (1)**
29:23
**money (2)**
20:8;24:8
**month (1)**
25:5
**monthly (1)**
8:24
**months (1)**
21:20
**more (10)**

10:8;17:3;18:16;
21:3,6;23:5;30:8;
32:18;33:4;39:5
**morn- (1)**
7:25
**morning (8)**
7:2,20,25;8:6;
18:12;19:8;29:4;
37:15
**mothership (1)**
13:14
**motion (17)**
7:5;8:21;9:5,7;11:2,
6;12:12;13:20;14:1;
15:7;16:1,23;17:11;
21:2;39:17,23,25
**motions (3)**
7:4,7;12:5
**move (5)**
17:23;19:17,18;
20:8,24
**movement (1)**
9:24
**moving (7)**
7:11;9:25;17:18;
22:7;26:14;36:6;
39:20
**much (10)**
8:22;9:25;16:14;
17:16,17,19;18:16;
26:8;33:18;40:14
**muted (1)**
16:6
**mutually (2)**
38:1,17

## N

**nail (1)**
39:19
**nailed (3)**
16:17,17;29:25
**nailing (1)**
36:10
**name (3)**
8:6;16:5,13
**narrow (2)**
33:21;34:5
**national (1)**
33:25
**necessary (5)**
15:15;22:7;23:19;
24:1;25:25
**need (10)**
12:15;17:17;20:17,
17;21:22;22:8;34:17,
23;36:15;40:12
**needed (2)**
17:15;35:15
**needs (2)**
33:24;40:8
**negotiated (1)**
21:20

**negotiation (1)**
9:24
**Nevertheless (1)**
15:5
**New (17)**
5:5,15;6:3,6;8:1,8;
18:14,16;19:17;21:1;
22:2;23:25;24:4,5;
28:17;29:12;32:24
**next (9)**
19:25;20:24;22:10,
11;24:25;25:6;37:5;
38:4;39:8
**Nice (1)**
8:2
**night (3)**
10:1;16:25;28:8
**nodding (1)**
25:9
**nor (2)**
15:13,13
**note (2)**
36:2,2
**noted (1)**
15:1
**notice (4)**
22:16;30:8;38:9;
39:16
**noticed (1)**
9:16
**number (1)**
7:4
**NY (3)**
5:5,15;6:6

## O

**objection (19)**
14:13,15,25;16:21;
17:10;23:22;27:25;
28:20,22,22;29:14,17,
18;32:5,15,20;33:11;
35:9,23
**objections (6)**
8:13;27:10;28:2;
29:2;31:10;39:21
**obtained (1)**
26:1
**obviously (4)**
14:19;17:23;19:9;
30:20
**o'clock (1)**
38:19
**off (9)**
8:21;10:20;11:6,15,
24;13:6;25:4;27:19;
29:22
**offer (1)**
14:12
**offering (1)**
14:9
**Office (12)**
5:12;12:6,14;13:13;

16:20;17:13;18:1;
20:11;27:11;28:17;
33:24;40:2
**office's (1)**
35:1
**One (16)**
5:13;7:4,8,9;11:8;
18:10,13;19:15;20:3,
10;21:5;23:1;24:21;
25:6;29:5,6
**one's (1)**
14:10
**one-third (1)**
29:11
**ongoing (1)**
24:16
**only (3)**
8:4;10:14;21:10
**Oops (1)**
16:6
**opened (1)**
18:23
**operating (2)**
8:24;11:8
**opinion (3)**
31:14,17;32:24
**opportunity (2)**
10:4;29:3
**oppose (1)**
14:21
**opposed (1)**
32:22
**oral (1)**
15:18
**orally (1)**
30:3
**order (15)**
10:25;12:20,22;
15:18,19;17:9;22:8;
30:7,9,23;39:4,22,25;
40:4,8
**orders (1)**
12:21
**otherwise (3)**
34:10;39:16;40:10
**out (26)**
11:5,10;12:6,7;
14:8;15:4;18:18;
20:20;21:6,22;24:3;
28:3,20;29:3,23;
30:14;33:7,8;34:15,
16;37:24;38:8,12,23;
39:7;40:6
**outline (1)**
14:11
**outstanding (1)**
11:7
**over (1)**
28:21
**overbroad (1)**
34:3
**overly (1)**
32:22

## P

**paid (4)**
18:14;30:15,16,17
**papers (3)**
10:17;19:10;36:16
**para- (1)**
22:6
**paragraph (3)**
29:6,6;30:17
**parallel (1)**
22:6
**part (2)**
15:2;23:10
**participants (1)**
8:5
**particular (2)**
27:20;34:8
**particularly (1)**
12:5
**parties (5)**
33:22;34:22;35:10;
37:16;39:19
**partner (1)**
39:3
**partners (1)**
14:16
**parts (1)**
7:11
**past (1)**
33:1
**path (2)**
23:6;28:3
**pathway (1)**
9:19
**pause (1)**
17:19
**pay (1)**
29:12
**paying (1)**
30:22
**payment (4)**
24:3,6;31:17;35:1
**payments (2)**
28:25;30:20
**pending (1)**
23:15
**people (5)**
9:3;26:10,12;30:8;
38:2
**perfectly (1)**
25:20
**perhaps (2)**
11:11;29:18
**permissible (1)**
33:22
**permit (3)**
15:10,15;35:21
**persons (1)**
32:12
**persuade (1)**
18:8

**petition (1)**
32:9
**ph (1)**
16:4
**pick (1)**
37:23
**piece (3)**
9:10;24:10,11
**pieces (4)**
9:25;17:18;36:6;
39:20
**place (1)**
20:24
**plagued (1)**
13:15
**plan (29)**
9:15;10:15,18,21;
14:8,11;15:9,11;
16:22,23;17:16;21:3;
23:11,21,24;24:1;
26:7;29:1,6,7,15,16,
19;31:12;32:1,10,23;
34:9;39:24
**plans (2)**
7:8;33:1
**play (5)**
10:11;11:10;12:6,
16;22:3
**pleading (1)**
27:12
**pleased (1)**
29:13
**plight (2)**
39:11,11
**point (10)**
11:5;18:17;21:23;
23:10;24:16;26:21;
29:3;30:14;35:21;
39:12
**points (11)**
27:5,8,8,9;28:21;
31:7,9;33:4,11;39:6,8
**policy (1)**
33:25
**position (3)**
9:20;11:12;32:17
**positional (1)**
32:7
**positive (1)**
19:16
**possible (4)**
10:17;17:24;28:15;
39:19
**possibly (2)**
9:4;30:1
**post- (1)**
25:15;30:4
**posting (1)**
21:24
**predisposed (1)**
12:4
**prefer (2)**
38:2,21

**preference (1)**
38:25
**prejudice (6)**
11:13,16,17;12:1,
13;40:1
**premised (1)**
9:16
**present (1)**
16:2
**pretty (6)**
8:22;12:20,21;
26:22,24;34:10
**preview (1)**
35:8
**previously (1)**
18:17
**primary (1)**
27:7
**prior (2)**
33:25;39:8
**probably (15)**
9:2;10:2;18:11;
19:9;20:3,23;21:5;
24:14;34:22;35:24;
36:18;37:18,19;
38:13;39:20
**problem (1)**
14:22
**problems (1)**
8:3
**procedures (1)**
37:3
**proceed (3)**
9:8;11:3;18:9
**proceedings (1)**
40:20
**process (13)**
19:11;22:13,16,20;
23:10,17;24:16;
25:24;32:22;36:23;
37:8,9,12
**processes (2)**
24:16;25:14
**procrastination (1)**
20:12
**productive (1)**
35:15
**Professional (1)**
32:25
**programmatic (2)**
32:6,17
**progress (4)**
9:23;17:17;35:22;
40:15
**promising (1)**
10:12
**promptly (1)**
32:3
**pronounce (1)**
16:5
**pronouncing (1)**
16:13
**proof (1)**

23:15
**proper (2)**
31:14,19
**proponents (1)**
34:9;36:21
**proposal (1)**
38:23
**propose (1)**
38:1
**Proposed (14)**
6:3;8:8,14;12:19,
22;15:8,9;16:25;
18:14,16;19:17;21:1;
26:11;39:25
**protagonist (1)**
10:25
**provide (3)**
15:9;30:19;39:24
**provides (2)**
23:24;38:15
**provision (2)**
23:23;34:8
**punch (1)**
31:3
**punt (1)**
31:22
**purpose (1)**
24:5
**purposes (2)**
17:3;24:7
**push (5)**
29:22;34:13;35:20;
36:7,19
**pushing (1)**
20:2
**put (5)**
14:8;15:4;28:14;
31:19;35:9;39:4
**putting (1)**
16:6

## Q

**quantity (1)**
36:10
**quick (1)**
37:2
**quickly (4)**
8:17;17:23;23:9;
37:23
**quite (2)**
9:4;21:16

## R

**radar (1)**
33:5
**raise (3)**
27:6,20;31:3
**raised (8)**
14:13;16:20;27:25;
29:25;32:20;34:19;
35:5;39:21

19-12280-dsj    Doc 182    Filed 06/15/23    Entered 06/21/23 15:19:22    Main Document
Pg 48 of 50
In the Matter of: EAST BROADWAY MALL, INC.

June 14, 2023

**raises (1)**
32:17
**range (1)**
33:22
**rather (1)**
33:12
**reach (2)**
15:14;28:20
**reached (1)**
15:14
**reaction (2)**
14:3;20:13
**reactions (1)**
35:18
**ready (4)**
19:17,18;34:5;35:3
**real (2)**
9:13;28:8
**realistically (1)**
20:1
**really (7)**
10:3;16:1;17:12;
20:17;36:14;37:17;
39:19
**reason (2)**
10:7;13:20
**reasons (2)**
9:15;23:1
**recap (3)**
24:13;26:23;39:13
**receive (1)**
19:15
**recent (1)**
19:3
**recognizing (1)**
14:10
**rectified (1)**
8:25
**redline (1)**
29:1
**reference (1)**
19:10
**referring (1)**
15:18
**reflect (1)**
10:9
**reflected (1)**
29:1
**refresh (1)**
18:25
**refreshed (1)**
18:25
**regard (3)**
9:12,22;33:15
**regarding (5)**
30:14,17;31:17,23;
32:24
**reinstate (1)**
9:6
**reinstatement (2)**
12:17;40:1
**reiterate (1)**
39:2

**relatedly (1)**
24:15
**relates (1)**
18:13
**reliable (1)**
24:17
**relief (1)**
30:23
**relocated (1)**
13:13
**relying (1)**
10:13
**remaining (5)**
27:9,10;28:2;31:10;
39:8
**remains (2)**
16:17;33:19
**remote (1)**
13:13
**renew (2)**
11:14;12:2
**renewal (2)**
12:13,15
**renewed (1)**
32:14
**reply (1)**
29:17
**report (5)**
18:10;21:19;22:5;
23:14;26:24
**reporting (1)**
28:25
**reports (2)**
8:24;11:8
**request (2)**
17:5;19:19
**requested (1)**
25:23
**require (1)**
31:7
**resolution (2)**
23:18;36:12
**resolve (2)**
29:14;35:11
**resolves (1)**
13:19
**respect (4)**
8:21;31:13;32:19;
33:19
**respective (1)**
39:3
**responding (1)**
8:13
**response (2)**
14:14,24
**responses (1)**
17:12
**responsive (1)**
38:6
**resumed (1)**
32:3
**revealed (1)**
10:15

**review (6)**
9:1;10:4,16;14:24;
18:21;23:17
**reviewed (1)**
8:17
**reviewing (1)**
15:3
**revisit (3)**
12:19;13:20,23
**Right (14)**
8:2,3;11:5,22;
15:25;20:19;21:17;
23:17;26:3;27:13;
32:16;36:15;38:11;
40:14
**ROBERT (1)**
5:7
**room (1)**
31:25
**routine (1)**
33:12
**Rule (3)**
32:25;34:5,16
**ruled (1)**
32:13
**Rules (2)**
32:25;34:7
**ruling (6)**
14:22;15:6,18,23;
25:12;33:20
**rulings (1)**
33:25
**run (1)**
32:3
**runs (1)**
37:21
**rush (1)**
10:7

**S**

**Sally (1)**
7:13
**same (2)**
20:9;34:14
**satisfactory (1)**
33:8
**saying (2)**
19:23;36:2
**schedule (1)**
37:19
**scheduled (2)**
22:9;37:5
**scheme (1)**
30:23
**school (1)**
20:13
**scope (2)**
32:19;33:23
**second (1)**
11:8
**secondly (1)**
28:1

**seeing (3)**
34:6,11;40:16
**seems (6)**
10:15;20:17;29:2,4;
32:8;35:13
**sense (2)**
9:3,8;30:11;35:20
**sensitive (2)**
36:21;39:10
**separate (1)**
22:6
**September (2)**
25:7,8
**seriousness (1)**
22:2
**several (1)**
22:10
**shaking (1)**
14:4
**share (3)**
23:25;28:10;29:11
**sheet (1)**
21:2
**shook (1)**
39:10
**shortly (1)**
8:12
**shy (1)**
36:16
**side (2)**
26:14;31:24
**sign (1)**
10:20
**signal (1)**
13:15
**signature (1)**
19:7
**signatures (1)**
21:4
**significant (1)**
20:25
**signs (1)**
20:11
**similar (1)**
12:21
**simple (3)**
12:20;39:22,25
**situation (1)**
25:22
**skip (1)**
25:5
**slate (1)**
17:15
**small (1)**
29:23
**smells (1)**
18:7
**smoothly (1)**
37:10
**somebody (1)**
40:8
**sometime (1)**
30:18

**sometimes (1)**
9:5
**somewhere (1)**
28:7
**Song (1)**
16:4
**soon (2)**
39:19;40:16
**SOONG (16)**
6:2,8;8:6,7,10;16:8,
13;21:23;26:13;
36:20;37:1,2;38:12,
15;39:1;40:17
**sorry (8)**
11:18;16:6,8,12;
23:24;25:6;27:18,19
**sort (14)**
8:12;10:13;12:5;
14:5;17:12;18:6;28:3,
16;30:19;31:6;32:6,
16,18;35:3
**sound (3)**
19:22;31:6;34:21
**sounds (2)**
10:12;30:3;36:7,17,
22
**speak (1)**
9:11
**specifically (1)**
39:17
**speed (1)**
34:2
**spend (1)**
17:16
**split (1)**
40:7
**spot (2)**
16:7;28:14
**staff (1)**
36:2
**stand (5)**
20:18,25;28:2;
34:20,20
**state (8)**
10:11;12:16;15:12;
22:3;26:1;28:19;
29:16;33:12
**stated (1)**
29:17
**statement (23)**
8:14,16;9:21,23;
10:3;14:1,11;15:8;
16:1,21,22,24;19:13;
21:3;24:18,19;29:1,
19;30:2;31:12;36:13;
39:18,23
**statements (2)**
7:8;9:12
**STATES (6)**
5:11,12;7:21;11:5;
32:21;33:12
**status (2)**
9:7;21:6

**statutory (2)**
  28:25;30:23
**step (2)**
  21:25;22:11
**stick (2)**
  20:2;40:10
**still (2)**
  28:11;37:8
**straightforward (1)**
  23:9
**Street (1)**
  5:4
**strength (1)**
  13:15
**structure (1)**
  26:7
**subject (4)**
  12:10;25:13,18,25
**submission (1)**
  12:16
**submit (3)**
  12:19;15:19;30:4
**submitting (1)**
  29:5
**subsequent (3)**
  25:15,25;28:19
**substance (1)**
  40:5
**substantial (2)**
  9:16;21:21
**substantive (2)**
  10:18;18:5
**substantively (1)**
  39:1
**sufficient (2)**
  15:10,10
**sufficiently (1)**
  24:17
**suggest (1)**
  11:10
**Suite (2)**
  5:14;6:5
**SULLIVAN (38)**
  5:8;7:16,16;16:11,
  15,18;17:9,21;18:3,
  10,21;19:2,5;20:4,14,
  19,23;21:24;27:4,7,
  14,19,21,23;28:9,20;
  30:14;31:11,23,25;
  33:6,16;35:11,24;
  36:19,25;39:5,6
**supplement (3)**
  10:15,18,21
**supplemental (4)**
  8:15;9:6;12:15;
  40:2
**support (1)**
  14:16
**supportive (1)**
  26:21
**sure (9)**
  18:11,19;26:23;
  30:21;34:7,12;35:24;

  37:8,11
**suspicion (1)**
  10:23
**sustained (1)**
  32:15
**sympathetic (1)**
  10:6

## T

**tab (1)**
  40:10
**tailed (1)**
  11:15
**talk (5)**
  32:2,3;33:18;37:25;
  39:18
**talked (1)**
  24:11
**talking (2)**
  14:15;35:19
**tax (1)**
  29:13
**taxing (1)**
  30:22
**team (1)**
  31:4
**technological (1)**
  21:14
**telling (1)**
  20:16
**temporal (1)**
  32:19
**Tenant (16)**
  6:3;8:8;16:2;18:14,
  16;19:17;20:7,18;
  21:1;22:2;23:25;24:4,
  6;26:6,11;29:12
**tentative (1)**
  15:6
**term (1)**
  21:2
**terms (12)**
  9:13,17;20:20;21:1;
  22:3,7;28:2;31:8;
  32:22;36:11,11;38:12
**terrific (1)**
  13:15
**thanking (1)**
  35:14
**thanks (1)**
  13:2
**that'll (1)**
  23:5
**thereafter (1)**
  22:11
**third (3)**
  8:15;16:23;21:3
**thorough (1)**
  26:22
**thought (4)**
  17:2;27:8;29:21;
  37:10

**thoughts (1)**
  34:19
**three (2)**
  7:4;28:23
**throw (2)**
  27:14,15
**throwing (1)**
  38:12
**tied (1)**
  9:14
**til (1)**
  19:7
**times (2)**
  20:6;25:21
**timing (2)**
  24:24,24
**today (11)**
  7:4,12,23;8:5;
  12:19;17:17;18:3;
  19:13;31:21;40:5,12
**today's (2)**
  11:9;17:3
**together (1)**
  35:16
**told (3)**
  8:3;29:17;38:5
**tomorrow (1)**
  11:8
**top (1)**
  15:6
**touch (2)**
  26:12;34:18
**track (5)**
  19:6;22:6,7,25;
  32:23
**trailed (1)**
  13:6
**transcript (2)**
  40:4,8
**traveling (1)**
  37:18
**treated (1)**
  35:2
**tremendous (1)**
  21:25
**trip (1)**
  19:25
**true (1)**
  13:7
**Trustee (20)**
  5:12;7:6,19,21;
  8:22;9:3,15;10:6;
  11:5;12:12,14;14:13,
  24;23:22;28:19;32:6,
  17,21;33:13;39:25
**Trustee's (14)**
  12:6;13:13,19;
  14:15;16:20;17:2,13,
  25;27:11;28:16;
  32:15;33:24;35:1;
  40:2
**try (4)**
  14:2;17:1,13;38:3

**trying (4)**
  15:5;19:6;27:10;
  38:5
**Tuesday (1)**
  37:6
**turn (4)**
  11:2,24;13:25;
  16:11
**tweak (1)**
  30:5
**tweaks (1)**
  30:9
**two (5)**
  11:9;31:9,24;33:4;
  36:20

## U

**ultimately (2)**
  17:18;34:23
**ULURP (3)**
  22:17,19,20
**uncertainty (2)**
  23:21;30:2
**unclear (1)**
  30:15
**un-confirmability (1)**
  15:11
**under (3)**
  9:2;12:8;30:22
**unethical (1)**
  34:12
**unfair (1)**
  10:19
**unfairly (1)**
  28:14
**unfortunately (1)**
  19:7
**unique (1)**
  25:22
**UNITED (6)**
  5:11,12;7:21;11:5;
  28:19;32:21
**Unites (1)**
  33:12
**universe (1)**
  10:20
**unless (4)**
  12:18;13:20;40:9,9
**up (10)**
  14:19;17:13;31:5;
  32:3;34:2;36:13,23;
  38:7,18;39:15
**update (1)**
  16:16
**updates (1)**
  10:12
**use (2)**
  36:2;39:4
**used (1)**
  34:11

## V

**valuable (1)**
  21:17
**various (1)**
  9:15
**viable (4)**
  9:18;15:12;38:5;
  39:3
**video (2)**
  11:24;21:9
**view (5)**
  21:23;34:1;35:1,1,
  21
**violation (1)**
  34:7
**visible (1)**
  28:12
**voice (1)**
  13:6

## W

**wage (1)**
  33:24
**wants (4)**
  10:4,5,6;39:9
**warrant (1)**
  12:11
**water (1)**
  9:2
**way (1)**
  24:22
**ways (1)**
  31:5
**weed (1)**
  38:22
**week (5)**
  22:10;24:25;28:21;
  37:5,25
**weeks (1)**
  22:10
**Welcome (2)**
  8:9;27:2
**well-formed (1)**
  34:19
**West (1)**
  5:4
**what's (6)**
  16:17;21:6;22:13,
  17;30:9;33:5
**whenever (1)**
  37:19
**Whereupon (1)**
  40:20
**whole (1)**
  30:6
**who's (4)**
  7:12;26:13;39:3;
  40:7
**Wi-Fi (1)**
  13:15

**willing (1)**
17:22
**WINDELS (2)**
5:2;7:16
**window (1)**
25:5
**wish (1)**
18:9
**withdrawing (1)**
9:4
**without (7)**
9:5;11:13,16,17;
12:1,13;40:1
**word (1)**
23:8
**wording (1)**
34:8
**words (2)**
11:16,19
**work (5)**
12:22;37:7;38:2,23;
39:7
**worked (1)**
22:25
**worker (1)**
20:11
**working (2)**
20:20;22:5
**works (1)**
26:4
**wrong (1)**
34:2

**Y**

**years (1)**
30:23
**Yep (1)**
31:15
**yesterday (5)**
14:14;16:19;19:6;
27:12;28:11
**York (5)**
5:5,15;6:6;8:1;
32:25

**Z**

**Zachary (1)**
8:1
**Zoom (1)**
7:3

**1**

**1.8 (1)**
32:25
**10 (1)**
38:19
**10:00 (1)**
7:3
**10:20 (1)**
18:25

**10004 (1)**
5:15
**10007 (1)**
6:6
**10019 (1)**
5:5
**11:30 (1)**
28:8
**1125 (1)**
32:23
**11th (2)**
38:4,13
**1201 (1)**
6:5
**13th (2)**
37:16,24
**156 (1)**
5:4
**174 (1)**
14:25
**19-12280 (1)**
7:4

**2**

**2019 (1)**
20:10
**2022 (1)**
15:2
**29th (3)**
20:1;31:22;36:2

**3**

**305 (1)**
6:4

**5**

**503b (2)**
31:18;35:2
**534 (1)**
5:14
**56th (1)**
5:4

**6**

**6th (8)**
20:2;37:15,17;38:2,
13,18,25;39:15

**7**

**7 (1)**
7:6
**7/6 (1)**
36:2

**9**

**9:45 (1)**
18:24

**9th (1)**
18:15