SFERRAZZA & KEENAN, PLLC
*Attorneys for the Debtor*
532 Broadhollow Road, Suite 111
Melville, NY 11747
(631) 753-4400
Sarah M. Keenan, Esq.
sally@skpllc.com

Hearing Date:  July 18, 2023
Objections Due: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

In re:

East Broadway Mall, Inc.,

                    Debtor.
------------------------------------------------------ X

Chapter 11

Case No. 19-12280 (DSJ)

## AMENDED NOTICE OF MOTION UNDER FRCP 60(b)
## FOR RELIEF FROM STIPULATION AND ORDER

**PLEASE TAKE NOTICE**, that on July 18, 2023 at 10:00 a.m. a hearing (the "Hearing") will be held via Zoom before the Honorable David S. Jones of the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green New York, NY 10004 to consider the Debtor's motion for entry of an order granting the Debtor relief from the Stipulation and Order entered on June 22, 2022; and for such other and further relief as this Court deems just and proper.  The motion is pursuant to Federal Rule of Civil Procedure 60(b) made applicable to this bankruptcy proceeding by Federal Rule of Bankruptcy Procedure 9024.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the motion must be in writing setting forth with particularity the reasons therefore and served upon Sarah M. Keenan, Esq., at the address set forth below, and the Clerk of the Bankruptcy Court with a  hard  copy  delivered  directly  to

1

chambers pursuant to Local Rule 9070-1 so that it is received no later than July 11, 2023 at 5:00 p.m.

Dated: Melville, New York
      June 23, 2023

SFERRAZZA AND KEENAN, PLLC
Attorneys for the Debtor and Debtor in Possession

By:  /s/ Sarah M. Keenan
Sarah M. Keenan
532 Broadhollow Road, Suite 111
Melville, NY 11747
(631) 753-4400 ext. 23
*sally@skpllc.com*