UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                                      Chapter 11

East Broadway Mall, Inc.,             Case No. 19-12280 (DSJ)

                     Debtor.

---------------------------------------------------------------x

## NOTICE OF ADJOURNED HEARING DATE

PLEASE TAKE NOTICE, that the hearing on the Debtor's motion pursuant to Federal Rule of Civil Procedure 60(b) to relieve it from the Stipulation and Order entered by this Court on June 22, 2022 has been adjourned to September 12, 2023 at 10:00 a.m. before the Honorable David S. Jones, United States Bankruptcy Judge, Southern District of New York, One Bowling Green, New York, New York 10004.

Dated: July 13, 2023

                                                        /s/ Sarah M. Keenan
                                                        Sarah M. Keenan, Esq.
                                                        Sferrazza & Keenan, PLLC
                                                        Attorneys for Debtor
                                                        532 Broadhollow Rd, Suite 111
                                                        Melville, NY 11747-3609
                                                        631-753-4400 x 23
                                                        *sally@SKPLLC.com*