UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                        Chapter 11

EAST BROADWAY MALL,                                           Case No. 19-12280 -DSJ

                        Debtor.
-----------------------------------------------------------X

## ORDER[1] APPROVING THE LIMITED EXTENSION OF CERTAIN DEADLINES SET FORTH IN THE COURT'S DISCLOSURE STATEMENT ORDER

Upon the request of Bank of Hope (the "**Bank**") for a limited extension of certain deadlines with respect to certain events set forth in the Court's prior Order Approving (I) the Adequacy of the Fourth Amended Disclosure Statement for Fourth Amended Plan of Liquidation; (II) Solicitation of Votes to Accept or Reject Plan of Liquidation and Notice Procedures; (III) Forms of Ballots and Notices in Connection Therewith; and (IV) Certain Dates with Respect Thereto (ECF No. 189) (the "**Disclosure Statement Order**"), specifically: (a) the Bank's filing of a Plan Supplement, (b) the Bank's service of the Notice of Plan Supplement on voting parties; (c) the Voting Deadline, and (d) the filing of the voting certification; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

**I.**    **Modification of Deadlines in the Disclosure Statement Order.**

1.    The following deadlines previously set forth in Disclosure Statement Order are modified as follows:

    a.  **Plan Supplement**: the Bank shall file the Plan Supplement by **August 14, 2023**.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Court's Disclosure Statement Order (defined herein).

{12211410:1}

b. **Filing and Service of the Notice of Plan Supplement**: the Bank shall file the Notice of Plan Supplement and serve the Notice on voting parties **by August 14, 2023**.

c. **Voting Deadline**: the Voting Deadline is **hereby extended to August 21, 2023 at 4:00 P.M. Eastern**.

d. **Voting Certification**: the date by which the Bank must file the voting certification with the Court is **hereby extended to August 25, 2023 at 4:00 P.M. Eastern**.

2. All other deadlines set forth in the Disclosure Statement Order and all other aspects of the Disclosure Statement Order remain in effect.

## II. Notice of This Order.

3. The Bank shall attach this Order as an exhibit to the Plan Supplement. The Bank shall also include a reference to the new voting deadline in the Notice of Plan Supplement.

4. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: August 14, 2023
New York, New York

                                          *s/ David S. Jones*
                                        THE HONORABLE DAVID S. JONES
                                        UNITED STATES BANKRUPTCY JUDGE

{12211410:1}