# EXHIBIT 3

<u>Terms of Agreement in Principle for Selection of Plan Administrator by Bank of Hope</u>

Bank of Hope has agreed in principle to the selection of GlassRatner Advisory & Capital Group, LLC dba B. Riley Advisory Services ("**Plan Administrator**") as Plan Administrator.

## Administration

Plan Administrator will be employed from the Effective Date of the Plan through the completion of Administration.

Plan Administrator will provide periodic reports to Bank of Hope, the City, and Approved New Tenant regarding the status of its administration.

## Professionals

Plan Administrator shall have the right to retain counsel for the Bank or any other Estate professional as needed.

## Compensation

Plan Administrator will bill its professional time according to the number of hours worked at its standard hourly billing rate, plus out-of-pocket costs incurred.

Plan Administrator's current standard hourly rates for the persons who may work on this Matter range from $225 to $795 per hour. Hourly rates for the individuals Plan Administrator anticipates using in this Matter are as follows:

| | |
|---|---|
| Thomas Buck, Sr. Managing Director | $795 |
| Other: Staff Associate - Sr. Managing Director | $225-$795 |

Plan Administrator reviews its hourly rates each January 1, and its compensation is subject to an annual rate increase (typically 5%) on January 1.

Plan Administrator will bill for its travel time at one-half of its standard hourly billing rates.

{12211613:2}