WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Bank of Hope*
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: Robert J. Malatak (rmalatak@windelsmarx.com)
                        James M. Sullivan (jsullivan@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:                                              Chapter 11
EAST BROADWAY MALL,                                 Case No. 19-12280 -DSJ

                       Debtor.
-----------------------------------------------------------X

# AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**          )
                                      ) ss.:
**COUNTY OF NEW YORK**     )

**GISELLE SWEENEY,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019, and that on July 13, 2023, I served the:

*Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtor and Related Voting and Objection Deadlines*, upon:

         Zheng Shu Mei
         Unit 101-102
         East Broadway Mall
         88 East Broadway
         New York, New York 10002

         Yuan Zhou Dian
         Unit 103
         East Broadway Mall
         88 East Broadway
         New York, New York 10002

Chen Yue Hua
Unit 104 & 105
East Broadway Mall
88 East Broadway
New York, New York 10002

Wan Warren
Unit 106
East Broadway Mall
88 East Broadway
New York, New York 10002

Shere Tou Chian
Unit 107
East Broadway Mall
88 East Broadway
New York, New York 10002

Lin Hong Qin
Unit 109
East Broadway Mall
88 East Broadway
New York, New York 10002

Liu Wen Sheng
Unit 111
East Broadway Mall
88 East Broadway
New York, New York 10002

Yu Shu Jiang
Unit 115
East Broadway Mall
88 East Broadway
New York, New York 10002

Wung Xiu Qin
Unit 116/117
East Broadway Mall
88 East Broadway
New York, New York 10002

Huang Mei Xing
Unit 120B
East Broadway Mall
88 East Broadway
New York, New York 10002

Hope and Future
Unit 122
East Broadway Mall
88 East Broadway
New York, New York 10002

Jin Hui Deng
Unit 123A
East Broadway Mall
88 East Broadway
New York, New York 10002

J&K Lucky Star Inc.
Unit 123B
East Broadway Mall
88 East Broadway
New York, New York 10002

Hong Zhi Jian
Unit 124
East Broadway Mall
88 East Broadway
New York, New York 10002

Liu Wen Qing
Unit 126
East Broadway Mall
88 East Broadway
New York, New York 10002

88 Employment Agency
Unit 130
East Broadway Mall
88 East Broadway
New York, New York 10002

Ou Li Yun
Unit 131
East Broadway Mall
88 East Broadway
New York, New York 10002

Weng Yu Lan
Unit 132
East Broadway Mall
88 East Broadway
New York, New York 10002

Li Yun Ou
Unit 133
East Broadway Mall
88 East Broadway
New York, New York 10002

Yang Ying
Unit 134
East Broadway Mall
88 East Broadway
New York, New York 10002

Liu, Hong Ying
Unit 135
East Broadway Mall
88 East Broadway
New York, New York 10002

International Stationery
Unit 136-7
East Broadway Mall
88 East Broadway
New York, New York 10002

Chen Qin Guo
Unit 138/139
East Broadway Mall
88 East Broadway
New York, New York 10002

Phone Card
Unit 140B
East Broadway Mall
88 East Broadway
New York, New York 10002

Wei Qiao Lian
Unit 143A
East Broadway Mall
88 East Broadway
New York, New York 10002

Lin Xiu Feng
Unit 143B
East Broadway Mall
88 East Broadway
New York, New York 10002

Chen Zhad Ren c/o Game World
Unit 147
East Broadway Mall
88 East Broadway
New York, New York 10002

Yu Shu Jiang
Unit 148
East Broadway Mall
88 East Broadway
New York, New York 10002

Hong, Zhi Jian
Unit 150A
East Broadway Mall
88 East Broadway
New York, New York 10002

Liu You Bin
Unit 150B
East Broadway Mall
88 East Broadway
New York, New York 10002

Tang Li Rong
Unit 151
East Broadway Mall
88 East Broadway
New York, New York 10002

Yuen, Zhou Dian
Unit 152
East Broadway Mall
88 East Broadway
New York, New York 10002

Fen Chen
Unit 153
East Broadway Mall
88 East Broadway
New York, New York 10002

Sao Jeng Chan
Unit 154
East Broadway Mall
88 East Broadway
New York, New York 10002

Champion Parking Corp
Unit Wall-Ad
East Broadway Mall
88 East Broadway
New York, New York 10002

Sun Yue Tung Corp
Unit 2FL
East Broadway Mall
88 East Broadway
New York, New York 10002

Jing Han Liang
Unit B1
East Broadway Mall
88 East Broadway
New York, New York 10002

Liu Bi Sheng
Unit B2
East Broadway Mall
88 East Broadway
New York, New York 10002

Ding Feng Xie
Unit B5
East Broadway Mall
88 East Broadway
New York, New York 10002

Sheng Jian Chen
Unit B6
East Broadway Mall
88 East Broadway
New York, New York 10002

Huang Mei Xing
Unit B7
East Broadway Mall
88 East Broadway
New York, New York 10002

Mei Man Zheng
Unit B8
East Broadway Mall
88 East Broadway
New York, New York 10002

Lanza Angelo
Unit B11
East Broadway Mall
88 East Broadway
New York, New York 10002

Donald
Unit B12
East Broadway Mall
88 East Broadway
New York, New York 10002

Shao Yong Zhong C/O
Unit B13
East Broadway Mall
88 East Broadway
New York, New York 10002

Fei Lung Cheng
Unit B14
East Broadway Mall
88 East Broadway
New York, New York 10002

Jiang Bi Lan
Unit B17
East Broadway Mall
88 East Broadway
New York, New York 10002

Francis Lam
Unit B18
East Broadway Mall
88 East Broadway
New York, New York 10002

Ruan Wen Qing
Unit B19
East Broadway Mall
88 East Broadway
New York, New York 10002

Chen Duan Zhen
Unit B21
East Broadway Mall
88 East Broadway
New York, New York 10002

Yi Chen
Unit B21-22
East Broadway Mall
88 East Broadway
New York, New York 10002

Mei Guan Lu
Unit B23
East Broadway Mall
88 East Broadway
New York, New York 10002

Wing Ting Pun
Unit B26
East Broadway Mall
88 East Broadway
New York, New York 10002

Sao J Chan
Unit B30
East Broadway Mall
88 East Broadway
New York, New York 10002

Crown Jewelry Corp.
Unit B31
East Broadway Mall
88 East Broadway
New York, New York 10002

Ke Yu Zhu
Unit B35
East Broadway Mall
88 East Broadway
New York, New York 10002

Liang Ping Lin
Unit B37
East Broadway Mall
88 East Broadway
New York, New York 10002

Chen Jin Zhui
Unit B39
East Broadway Mall
88 East Broadway
New York, New York 10002

Kam Fat
Unit B40
East Broadway Mall
88 East Broadway
New York, New York 10002

China Express Inc
Unit B41/44/45
East Broadway Mall
88 East Broadway
New York, New York 10002

Jing Lin
Unit Store1
East Broadway Mall
88 East Broadway
New York, New York 10002

Chen Zeng Jiao
Unit Store3
East Broadway Mall
88 East Broadway
New York, New York 10002

at the last known address given by or obtained for each party for that purpose, by delivering a true copy of same securely enclosed in a first class postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

| Sworn to before me this 13th day of July 2023 | |
|---|---|
| /s/ Francisco J. Velez<br>Francisco J. Velez<br>Notary Public, State of New York<br>No. 01VE6092120<br>Qualified in Westchester County<br>Commission Expires May 12, 2027 | /s/ Giselle Sweeney<br>Giselle Sweeney |

{12200235:1}                                      9