## EXHIBITS

### Exhibit A – List of Claims in Numerical Order [1]

CLAIM 1-6 – DEPARTMENT OF THE TREASURY
CLAIM 4-1 – NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE
CLAIM 9-1 – TERRY CHAN
CLAIM 10-1 – HERSHEY CHAN REALTY INC.
CLAIM 11-1 – NYC DEPARTMENT OF FINANCE

### Exhibit B – Claims Listed in Alphabetical Order

CHAN, TERRY - CLAIM 9-1
DEPARTMENT OF THE TREASURY - CLAIM 1-6
HERSHEY CHAN REALTY, INC. - CLAIM 10-1
NYC DEPARTMENT OF FINANCE – CLAIM 11-1
NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE – CLAIM 4-1

---

[1] Copies of claims are available from the Court's Internet website for this case at www.nysb.uscourts.gov or by request to counsel for BOH.