WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Bank of Hope*
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: Robert J. Malatak (rmalatak@windelsmarx.com)
James M. Sullivan (jsullivan@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:                                            Chapter 11
EAST BROADWAY MALL,                               Case No. 19-12280 -DSJ

                Debtor.
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**          )
                                   ) ss.:
**COUNTY OF NEW YORK**         )

**MATTHEW CORWIN,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019, and that on September 12, 2023, I served the:

*Notice of Hearing and Bank of Hope's Omnibus Objection to: Claim 1-6 Department of the Treasury; Claim 4-1 New York State Department of Taxation & Finance; Claim 9-1 Terry Chan; Claim 10-1 Hershey Chan Realty, Inc.; and Claim 11-1 NYC Department of Finance, with* Exhibit A, *List of Claims in Numerical Order,* Exhibit B, *Claims Listed in Alphabetical Order* and Exhibit C, *Proposed Order*, upon:

        New York State Department of
        Taxation and Finance
        Bankruptcy Section
        P O Box 5300
        Albany NY 12205-0300

        Department of the Treasury
        Internal Revenue Service
        Post Office Box 7346
        Philadelphia, PA 19101-7346

{12220408:1}

Terry Chan
149-69 Powells Cove Blvd.
Whitestone, NY 11357

Hershey Chan Realty Inc.
c/o Grace Chan
149-69 Powells Cove Blvd.
Whitestone, NY 11357

NYC Department of Finance
Tax, Audit and Enforcement Division
375 Pearl Street
New York, NY 10038
Attn: Bankruptcy Unit

at the last known address given by or obtained for each party for that purpose, by delivering a true copy of same securely enclosed in a first class postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

| Sworn to before me this 12th day of September 2023 | |
|---|---|
| */s/ Francisco J. Velez*<br>Francisco J. Velez<br>Notary Public, State of New York<br>No. 01VE6092120<br>Qualified in Westchester County<br>Commission Expires May 12, 2027 | /s/ Matthew Corwin<br>Matthew Corwin |

{12220408:1}                              2