**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

EAST BROADWAY MALL,

Debtor.

Chapter 11

Case No. 19-12280-DSJ

# ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION

Upon the motion (ECF No. 183) ("*Motion*") of Debtor East Broadway Mall ("*Debtor*") filed on June 22, 2023 for relief pursuant to Federal Rule of Civil Procedure 60(b) from the prior Stipulation and Order entered by this Court on June 22, 2022 (ECF No. 110), the objection of Bank of Hope, f/k/a BBCN Bank ("*Bank of Hope*") to the Motion (ECF No. 205) filed on September 5, 2023 (the "*BOH Objection*"), the objection and joinder to the BOH Objection of the City of New York (ECF NO. 204) filed on September 5, 2023 (the "*City Objection*" and, together with the BOH Objection, the "*Objections*"); and the Court having held a hearing on September 12, 2023 (the "*Hearing*") to consider the Motion and the Objections; and upon the Motion, the Objections and the record of the Hearing, **specifically the Court's oral ruling during the Hearing which is incorporated herein**, and of this case; it is hereby  **[DSJ 9/14/23]**

**ORDERED**, that:

1. The Objections are sustained and the Motion is dismissed with prejudice for the reasons set forth at the Hearing.

Dated: New York, New York
September 14, 2023

*s/ David S. Jones*
Honorable David S. Jones
United States Bankruptcy Judge