

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  1018
**T** (312) 460-5000
**F** (312) 460-7000

jmsullivan@seyfarth.com
T (212) 218-5582

www.seyfarth.com

November 4, 2024

**VIA EMAIL
(JONES.CHAMBERS@NYSB.USCOURTS.GOV)**
The Honorable David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:    <u>19-12280 East Broadway Mall, Inc</u>.

Dear Judge Jones:

This firm represents Bank of Hope in connection with the above referenced chapter 11 case. We are filing this letter in connection with the claim objection hearing regarding Bank of Hope's objection to Terry Chan's claim (the "Claim Hearing") originally scheduled for November 7, 2024. As discussed with Courtroom Deputy Lynda Calderon on October 31, 2024, we kindly request that the Claim Hearing be adjourned until on or after February 10, 2025 to allow the chapter 11 plan to go into effect and for the plan administrator to weigh in on the objection. This matter has been discussed with Brett Moore, as counsel to Terry Chan, and Mr. Moore consents to such an adjournment. Please let me know if you have any questions.

Respectfully,

Seyfarth Shaw, LLP

By:    /s/ James Sullivan
       James Sullivan
       A Partner of the Firm

cc:    Brett Moore *via email (bsmoore@pbnlaw.com)*
       Sally Keenan *via email (sally@skpllc.com)*
       Mark Bruh *via email (Mark.Bruh@usdoj.gov)*
       Kass Zachary *via email (zkass@law.nyc.gov)*