UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In Re:

East Broadway Mall, Inc.,

         Debtor.

-------------------------------------------------------------X

Case No. 19-12280-dsj

Chapter 11

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that the motion of East Broadway Mall, Inc., Chapter 11 Debtor, for an order pursuant to section 105 of the Bankruptcy Code, Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1 of the Local Bankruptcy Rules for the Southern District of New York (ECF No.272), is hereby withdrawn.

Dated: Melville, New York
      August 22, 2025

SFERRAZZA AND KEENAN, PLLC
Attorneys for the Debtor
East Broadway Mall, Inc.

By: __/s/ Sarah M. Keenan__
    Sarah M. Keenan
    532 Broad Hollow Road, Suite 111
    Melville, NY 11747
    (631) 753-4400

1