**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>EAST BROADWAY MALL,<br><br>                        Debtor. | <u>Chapter 11</u><br><br>Case No. 19-12280-DSJ |

**NOTICE OF EFFECTIVE DATE OF**
<u>**DEBTORS' CHAPTER 11 PLAN**</u>

**PLEASE TAKE NOTICE** that on December 8, 2023, the United States Bankruptcy Court for the Southern District of New York entered the *Order Confirming Bank of Hope's Fourth Amended Chapter 11 Plan of Liquidation Pursuant to 11 U.S.C. Section 1129 and Approval of Fourth Amended Disclosure Statement on a Final Basis* [ECF No. 223] (the "Confirmation Order") confirming Bank of Hope's fourth amended Chapter 11 Plan of Liquidation [ECF No. 186] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, the Effective Date of the Plan occurred on August 15, 2025.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, the Final Bar Date for administrative claims incurred between July 1, 2023, and August 15, 2025, is 30 days following the Effective Date. Therefore, the Final Bar Date to file a request for payment of administrative expense claims is September 15, 2025.

319969919v.2

**PLEASE TAKE FURTHER NOTICE** that all provisions of the Plan that reference the Effective Date should be interpreted to mean August 15, 2025.

Dated: August 26, 2025

>Respectfully submitted,
>
>SEYFARTH SHAW LLP
>
>*Attorneys for Bank of Hope*
>
>By:  */s/ James M. Sullivan*
>
>James M. Sullivan (jmsullivan@seyfarth.com)
>620 Eighth Avenue
>New York, New York 10018-1405
>Telephone (212) 218-5500