UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: EAST BROADWAY MALL, INC.　　　　　　§　　Case No.　19-12280
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　Debtor(s)　　　　　　　　§　　☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2025　　　　　　　　　　　Petition Date: 07/12/2019

Plan Confirmed Date: 12/08/2024　　　　　　　　　　Plan Effective Date: 08/15/2025

This Post-confirmation Report relates to:　○ Reorganized Debtor

　　　　　　　　　　　　　　　　　　　　● Other Authorized Party or Entity: East Broadway Mall, Inc.
　　　　　　　　　　　　　　　　　　　　　　Name of Authorized Party or Entity

/s/ Terry Chan　　　　　　　　　　　　　　　　　　Terry Chan
Signature of Responsible Party　　　　　　　　　　　Printed Name of Responsible Party

09/16/2025
Date

　　　　　　　　　　　　　　　　　　　　　　　　88 East Broadway, NY 10002
　　　　　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: EAST BROADWAY MALL, INC.     Case No. 19-12280

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $61,720 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $61,720 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

|  |  |  |  | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $123,171 | $7,000 | $43,500 |
|  | *Itemized Breakdown by Firm* | | | | | | |
|  |  | Firm Name | Role | | | | |
|  | i | The Carey Group | Other | $0 | $36,500 | $0 | $36,500 |
|  | ii | Sferrazza & Keenan PLLC | Lead Counsel | $0 | $86,671 | $7,000 | $7,000 |
|  | iii |  |  |  |  |  |  |
|  | iv |  |  |  |  |  |  |
|  | v |  |  |  |  |  |  |
|  | vi |  |  |  |  |  |  |
|  | vii |  |  |  |  |  |  |
|  | viii |  |  |  |  |  |  |
|  | ix |  |  |  |  |  |  |
|  | x |  |  |  |  |  |  |
|  | xi |  |  |  |  |  |  |
|  | xii |  |  |  |  |  |  |
|  | xiii |  |  |  |  |  |  |
|  | xiv |  |  |  |  |  |  |
|  | xv |  |  |  |  |  |  |
|  | xvi |  |  |  |  |  |  |
|  | xvii |  |  |  |  |  |  |
|  | xviii |  |  |  |  |  |  |
|  | xix |  |  |  |  |  |  |
|  | xx |  |  |  |  |  |  |
|  | xxi |  |  |  |  |  |  |
|  | xxii |  |  |  |  |  |  |
|  | xxiii |  |  |  |  |  |  |
|  | xxiv |  |  |  |  |  |  |
|  | xxv |  |  |  |  |  |  |
|  | xxvi |  |  |  |  |  |  |
|  | xxvii |  |  |  |  |  |  |
|  | xxviii |  |  |  |  |  |  |
|  | xxix |  |  |  |  |  |  |

Debtor's Name EAST BROADWAY MALL, INC.                                                Case No.  19-12280

|     |       |   |   |   |   |   |
|-----|-------|---|---|---|---|---|
|     | xci   |   |   |   |   |   |
|     | xcii  |   |   |   |   |   |
|     | xciii |   |   |   |   |   |
|     | xciv  |   |   |   |   |   |
|     | xcv   |   |   |   |   |   |
|     | xcvi  |   |   |   |   |   |
|     | xcvii |   |   |   |   |   |
|     | xcviii|   |   |   |   |   |
|     | xcix  |   |   |   |   |   |
|     | c     |   |   |   |   |   |
|     | ci    |   |   |   |   |   |
| c.  | All professional fees and expenses (debtor & committees) |   |   |   |   |   |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

**No payments this quarter under confirmed plan of liquidation as plan had not gone effective.**

|                            | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|----------------------------|---------------------------------------|----------------------|-----------------|----------------|--------------------------|
| a. Administrative claims   | $0                                    | $0                   | $0              | $0             | 0%                       |
| b. Secured claims          | $0                                    | $0                   | $0              | $0             | 0%                       |
| c. Priority claims         | $0                                    | $0                   | $0              | $0             | 0%                       |
| d. General unsecured claims| $0                                    | $0                   | $0              | $0             | 0%                       |
| e. Equity interests        | $0                                    | $0                   | $0              |                |                          |

### Part 4: Questionnaire

a. Is this a final report?                                                               Yes ○    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

UST Form 11-PCR (12/01/2021)                           7

| Debtor's Name | EAST BROADWAY MALL, INC. | Case No. | 19-12280 |
|---|---|---|---|

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Terry Chan
Signature of Responsible Party

Property Manager
Title

Terry Chan
Printed Name of Responsible Party

09/16/2025
Date

Debtor's Name EAST BROADWAY MALL, INC.                                            Case No.  19-12280



Page 1

Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name EAST BROADWAY MALL, INC.                                                                                          Case No.  19-12280



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                                       10