James M. Sullivan
Seyfarth Shaw LLP
*Attorneys for Bank of Hope*
620 Eighth Avenue
New York, NY 10018
Tel. (212) 218-5500
jmsullivan@seyfarth.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>EAST BROADWAY MALL,<br><br>                                             Debtor. | Chapter 11<br>Case No. 19-12280-DSJ<br><br>Judge David S. Jones |

**DECLARATION OF JAMES M. SULLIVAN IN SUPPORT OF BANK**
**OF HOPE'S AMENDED APPLICATION FOR ALLOWANCE**
**AND PAYMENT OF ADMINISTRATIVE EXPENSES**

I, James M. Sullivan, pursuant to 28 U.S.C. § 1746, declare the following:

1.    I am an attorney duly admitted to practice before the bar of the State of New York and the United States District Court for the Southern District of New York.

2.    I am an attorney for Bank of Hope, creditor in this chapter 11 proceeding, and am fully familiar with the facts and circumstances set forth herein.

3.    I make this Declaration in support of the Amended Application of Bank of Hope for Allowance and Payment of Administrative Expenses filed on October 7, 2025 (ECF No. 292) (the "**Amended Application**").

4.    After reviewing the Amended Application, Mark Bruh, with the Office of the United States Trustee, requested that Bank of Hope file the time and expense records supporting its Amended Application on the docket (a copy of which had already been provided to Mr. Bruh) (the "**BOH Time Records**").

321009836v.3

5. Attached as **Exhibit 1** is a true and correct copy of the BOH Time Records that were previously provided to Mr. Bruh. The BOH Time Records redact time entries that are unrelated to the Amended Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2025.

*/s/ James Sullivan*
James Sullivan