UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

    East Broadway Mall, Inc.,

                                    Debtor.

---------------------------------------------------------------x

Chapter 11

Case No. 19-12280-DSJ

**ORDER GRANTING APPLICATION OF SFERRAZZA & KEENAN PLLC FOR SECOND AND FINAL ALLOWANCES FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR**

    Upon consideration of the application (the "Final Application") of Sferrazza & Keenan, PLLC, counsel to East Broadway Mall, Inc., Debtor, for allowance of compensation for fees and reimbursement of expenses incurred on behalf of the Debtor for (a) a second interim award of compensation in the amount of $ 33,065.00 for the period commencing June 15, 2023 through September 15, 2025 (the "Second Interim Period"), and (b) for final allowance of compensation for services rendered in the aggregate amount of $ 161,548.75, and final reimbursement of expenses in the amount of $ 407.70 for the period July 12, 2019 through September 15, 2025 (the "Final Application Period"); and good and proper notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

    ORDERED that the Final Application is granted to the extent set forth in the attached Schedules.

Dated: New York, New York
       November 4, 2025

                                            *s/ David S. Jones*
                                          Honorable David S. Jones
                                          United States Bankruptcy Judge

Case No. 19-12280-DSJ

Case Name: East Broadway Mall, Inc.

**CURRENT INTERIM FEE PERIOD**
[June 15, 2023 – September 14, 2025]

Schedule A

| (1) Applicant | (2) Date/ Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| SFERRAZZA & KEENAN, PLLC | 09/15/2025 Doc # 282 | $ 33,065.00 | $ 33,065.00 | $ 33,065.00 | $ 76,171.25[1] | $ 109,236.25 | $ 0.00 | $ 0.00 |

DATE ON WHICH ORDER WAS SIGNED: November 4, 2025

INITIALS: *DSJ*, USBJ

---

[1] Total Fees to be paid net of pre-petition retainer of $41,812.50 and $10,500 paid by Debtor after entry of order awarding first interim fee application.

# FINAL FEE APPLICATION TOTALS
### July 12, 2019 – September 14, 2025

Schedule B

Case No.: 19-12280-DSJ
Case Name:
East Broadway Mall, Inc.

| (1) Applicant | (2) Application Period | (3) Fees Requested | (4) Total Fees Paid | (5) Total Expenses Requested | (6) Total Expenses Paid |
|---|---|---|---|---|---|
| SFERRAZZA & KEENAN PLLC | First Application Period [July 12, 2019 – June 14, 2023] | $128,483.75 | $ 76,171.25[2] | $407.70 | $ 407.70 |
| SFERRAZZA & KEENAN, PLLC | Second Application Period [June 15, 2023 – September 14, 2025] | $ 33,065.00 | $ 33,065.00 | $ 0.00 | $ 0.00 |
| TOTAL | Final Application Period [July 12, 2019 – September 14, 2025 | $161,548.75 | $ 109,236.25 | $407.70 | $ 407.70 |

[2] Total Fees to be paid net of pre-petition retainer of $41,812.50 and $10,500 paid by Debtor after entry of order awarding first interim fee application.

DATE ON WHICH ORDER WAS SIGNED: November 4, 2025

INITIALS: DSJ, USBJ