**East Broadway Mall, Inc.**
**Case Number 19-12280**
**Notes to 1st Quarter 2026 Post Confirmation Report**

In addition to the information contained in the report filed with the court, the Plan Administrator also states the following:

1) In Part 3 of the report, amounts listed as **$0,** do not represent actual zero dollar amounts, but represent amounts that are Unknown at this time.  The Plan Administrator has yet to finalize the claims analysis process, and the new reporting forms require an amount to be entered in these sections.